# EXHIBIT "C"

## Home Page

- Home Page
- Company Profile
- Company Services
- Company Values
- Company Vision
- Company Network
- Contact Us





### WELCOME TO EMPEROR GLOBAL ENTERPRISES LLP

Are you seeking funding that will create jobs?

Provide alternative energy sources?

Provide more affordable food or healthcare?

Produce products that protect the environment?

**Or**

Are you seeking funds for development & building projects?
To build a hotel, an apartment complex, retirement community, a hospital, a shopping mall?
Do you need funding for a startup company?
A project that is innovative and profitable?






## "Delivering Service with Passion and Determination"

At Emperor Global Enterprises we strive to provide our clients with professional, efficient and competitive service. We are dedicated to a mission of embracing world's best practices and innovative concepts. Our commitment to excellence begins by ensuring that we are always focused on meeting the increasingly higher expectations of our clients. At Emperor Global Enterprises we have established commercial networks and built relationships with first class organizations throughout the world in order to facilitate the procurement of the necessary monetary requirements for development projects. We utilize the services of our international network and concise market knowledge to meet our client's specific requirements, always being mindful that we must act within and in accordance of our client's parameters.

## Today's Market Headlines

### Matt Gaetz' Ex-Girlfriend Will Reportedly Talk To Feds In Child Sex Trafficking Probe
Fri May 21 2021 at 7:01 pm -0400
Rep. Matt Gaetz is reportedly under federal investigation on child sex trafficking allegations, which he's denied.

### This Animated Movie Just Topped 'Despicable Me' To Capture An Epic Netflix Record
Fri May 21 2021 at 7:00 pm -0400
There's no doubt about it: Despicable Me has been the most successful film on Netflix over the past 15 months. But this other movie just captured a milestone that Despicable Me never could.

### 'He Was Tortured': Outrage Erupts Over Videos Of Black Man's Deadly Encounter With Louisiana Police
Fri May 21 2021 at 6:52 pm -0400
Ronald Greene was dragged by his ankles and tased despite pleas for mercy, but police at first said he died in a car crash.

### Every New Movie Coming To Netflix, Amazon, Hulu And Disney+ This Weekend
Fri May 21 2021 at 6:00 pm -0400
Here is every single new movie you can expect to be available this weekend on the major streaming networks.

### GOP Says It's 'Further Apart' From Biden On Infrastructure After White House Cuts Plan By $550 Billion

Fri May 21 2021 at 5:56 pm -0400
Sen. Shelley Moore Capito, the GOP's infrastructure point-person, says the size of the spending proposal and proposed tax hikes are still a concern.

### 7 things to know before the bell
Thu Oct 04 2018 at 5:10 am EDT
Read full story for latest details.

### SoftBank and Toyota want driverless cars to change the world
Thu Oct 04 2018 at 5:27 am EDT
Softbank and Toyota are partnering on an effort to use autonomous vehicles and other technologies to change the world of transportation.

### Aston Martin falls 5% in its London IPO
Wed Oct 03 2018 at 11:54 pm EDT
Aston Martin is joining the ranks of listed automakers with an IPO that values the British company at more than $5 billion.

### Barnes & Noble stock soars 20% as it explores a sale
Wed Oct 03 2018 at 7:59 pm EDT
Barnes & Noble jumped more than 20% after it said it would review a sale of the troubled company.

### Why it's time for investors to go on the defense
Wed Oct 03 2018 at 11:28 pm EDT
Howard Marks, co-chairman of Oaktree Capital, explains why investors should start treading lightly.

Content copyright 2021. EMPERORGLOBALENTERPRISES.COM. All rights reserved.

- Home Page
- Company Profile
- Company Services
- Company Values
- Company Vision
- Company Network
- Contact Us

## Company Profile





**Emperor Global Enterprises was set up primarily to facilitate projects internationally; initially our company prepares a platform so it can provide the client the best possible facilitation requirement for the specific projects.**

Our company has put together a team of strategic, international associates from all over the world that are able to provide us with the necessary services, materials and products that can produce and implement any projects that our company undertakes. In addition to this, our company and its network of associates have built many selective relationships from various industries that can be trusted to deliver their services expeditiously when called upon by Emperor Global Enterprises.

In addition, our company also offers its services as advisers and consultants using its team of experts who have lengthy experience to ensure that the development projects are running smoothly and progressing and are able to meet their deadlines. We also apply strict working policies when dealing with all funding projects to make sure that they are completed and eliminate failure to perform.

Furthermore, our company policies also include the strictest confidentiality measures that are applied in all of its transactions to protect the confidential information of our clients and our funding groups and the entire transaction.

1. Our company will make offers to borrowers and lender.

2. Our company will protect all interests and maintain confidentiality.

3. Our company will not divulge the borrowers or funders information to any kind of third party.

This facilitating program that Emperor Global Enterprises can provide is for specific types of clients that are able to develop large scale projects, such as developing regions that will enable the creation of comprehensive businesses, housing, employment, tourism, investments and open up international trading etc. Further, the implementation of such projects will without question assist in bolstering progress and generate international monetary interest in such regions.

**PROFESSIONAL FACILITATING Includes, but is not limited to the following:**

- FUNDING
- SCHOOLS & EDUCATION
- HOSPITALS & MEDICAL SYSTEMS
- HOUSING DEVELOPMENTS
- ROADS & BRIDGES
- AIRPORTS
- POWER & ENERGY
- WATER SYSTEMS TREATMENTS & DELIVERY
- PORTS OF ENTRY & DEEP WATER SHIPPING
- WASTE MANAGEMENT
- AGRICULTURAL
- TOURISM
- SPECIAL PROJECTS

- FUEL
- REFINERIES
- MULTIPLE COMMODITIES
- MINING
- COMMUNICATION SYSTEMS
- FINANCIAL INSTRUMENTS
- BANKS
- BULLION BANKS
- IN-GROUND ASSETS
- PRECIOUS STONES
- GOLD BULLION
- MTN / LTN / BONDS ETC
- CURRENCY EXCHANGE

Emperor Global Enterprises LLP is not a United States Securities Dealer or Broker or United States Investment Adviser. Any submitted information and related documents are never considered to be a solicitation for any purpose in any form or content. Upon receipt of documents you, as the Recipient, hereby acknowledge this Warning and Disclaimer. These confidential communications are protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections 6801-6809 and other laws addressing the disclosure of Non-Public Personal Information.

Content copyright 2021. EMPERORGLOBALENTERPRISES.COM. All rights reserved.

- Home Page
- Company Profile
- Company Services
- Company Values
- Company Vision
- Company Network
- Contact Us

## Company Services





**EMPEROR GLOBAL ENTERPRISES**
is a network of experienced professionals specializing in researching, identifying, qualifying, and obtaining funding for entrepreneurs, humanitarians, and non-profits. We examine needs and source funding, offering a fresh perspective to capitalizing organizations with all assistance held strictly confidential. Several Programs are available to serve Funding Requests for the types of Missions or Projects that show sustainability and can serve the public long term.

**EMPEROR GLOBAL ENTERPRISES**

is focused on supporting economic development through funding humanitarian projects and ventures that offer social improvement. Areas of importance include creating employment, sourcing alternative energy; constructing energy efficient, affordable housing; providing healthcare solutions, supporting youth development; producing healthy, affordable food; and manufacturing products that protect the environment.



At Emperor Global Enterprises our services will take an innovative idea, understand the vision, plan and design the necessary documentation, and start the process of implementation. We also offer services in the areas of Asset Management and Preservation. Many of our clients assign their assets to our firm as trustee to participate in Programs that increase the value of those assets through strategic funding processes. If requested, clients are assisted in filing family or business trusts to protect those assets in their financial planning and execution. Our primary goal is to follow a strict protocol of steps in insuring all regulatory and compliance issues are met and dealt with at every stage so that no unexpected missteps or surprises causes delays that can lead to a disruption of fiscal imbalances to the client and project





Our main goal is creating viable opportunities based on the visions or ideas of clients through a chain of project management protocols that are unique to each individual project.

### Management Strengths Include:

- Project Assessment & Evaluation
- Documentation & Validation
- Funding Package Development
- Funding Solutions & Resolution
- Process Management
- Logistics Coordination
- Strategic Communication
- Regulatory and Compliance Support
- Policy and Regulatory Analysis globally
- Extensive International Contacts



*Emperor Global Enterprises LLP is not a United States Securities Dealer or Broker or United States Investment Adviser. Any submitted information and related documents are never considered to be a solicitation for any purpose in any form or content. Upon receipt of documents you, as the Recipient, hereby acknowledge this Warning and Disclaimer. These confidential communications are protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections 6801-6809 and other laws addressing the disclosure of Non-Public Personal Information.*

Content copyright 2021. EMPERORGLOBALENTERPRISES.COM. All rights reserved.

- Home Page
- Company Profile
- Company Services
- Company Values
- Company Vision
- Company Network
- Contact Us

## Company Values





### "Delivering Service with Passion and Determination"

At Emperor Global Enterprises we strive to provide our clients with professional, efficient and competitive service. We are dedicated to a mission of embracing world's best practices and innovative concepts.

Our commitment to excellence begins by ensuring that we are always focused on meeting the increasingly higher expectations of our clients.

# Page 9

### We are committed to:

- Acting ethically, honestly and professionally in all aspects of our work.
- Being responsive to our clients needs.
- Using our expertise and pioneering concepts to contribute to the growth and prosperity of our clients.
- Providing a working and commercial environment, which encourages mutual respect, trust and candidness.
- Encouraging leadership, accountability, training and candor at all levels of our organization so that our people will succeed.

Emperor Global Enterprises LLP is a company that is an international funding facilitator for a wide variety of projects including, Funding projects through Bank Guarantees, Financial Instruments and Precious Metals and Natural Resources. We don't advertise, we don't have anything to sell and we are recommended throughout a worldwide network of satisfied business relationships and clients. Further, the monetary funding facilities that are provided cater for large scale development projects that require funding that range from the multi-millions to the billions of dollars.

*Emperor Global Enterprises LLP is not a United States Securities Dealer or Broker or United States Investment Adviser. Any submitted information and related documents are never considered to be a solicitation for any purpose in any form or content. Upon receipt of documents you, as the Recipient, hereby acknowledge this Warning and Disclaimer. These confidential communications are protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections 6801-6809 and other laws addressing the disclosure of Non-Public Personal Information.*

Content copyright 2021. EMPERORGLOBALENTERPRISES.COM. All rights reserved.

## Company Vision

- Home Page
- Company Profile
- Company Services
- Company Values
- Company Vision
- Company Network
- Contact Us





### FACILITATOR

It is our objective to provide our clients with professional, independent and efficient service in a manner reflecting our commitments. We will work with our clients and assist them in whatever way we can to add value to their business development projects via our innovative concepts and hands on approach.

### GLOBAL VISION & LOCAL FOCUS

It is becoming increasingly difficult in today's complex and diverse business environment for organizations, particularly small to medium sized companies, to develop a successful and explicit program and facility that can be implemented on the world market. Quite simply, few companies have sufficient expertise within their own organization to encompass all facets of

a correct and efficient facilitation, especially given time and personnel constraints and the often intricate and perplexing requirements of the world economy.

Whilst technical advancement can now bring the world to your doorstep, international trade has increasingly complicated procedures, such as contractual payment terms, insurance, logistics etc are just a few of the hurdles to be overcome. Also, add the cultural differences and the negotiation with a foreign market, the transaction can simply appear "too difficult".

Emperor Global Enterprises and its affiliated companies have the expertise and ability to simplify and harmonize international transaction procedures, thus providing a "one stop shop" for its client's. Emperor Global Enterprises can assist in all facets of the transaction facilitation from the initial negotiation phase, preparation of contractual and documentary requirements, regulations, insurance, etc through to the final execution of the contract and the overseeing of the specified projects if necessary. This allows our clients to concentrate on their core business activities whilst having peace of mind that their legal and ethical interests of the projects will be protected.

Emperor Global Enterprises LLP is not a United States Securities Dealer or Broker or United States Investment Adviser. Any submitted information and related documents are never considered to be a solicitation for any purpose in any form or content. Upon receipt of documents you, as the Recipient, hereby acknowledge this Warning and Disclaimer. These confidential communications are protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections 6801-6809 and other laws addressing the disclosure of Non-Public Personal Information.

Content copyright 2021. EMPERORGLOBALENTERPRISES.COM. All rights reserved.

- Home Page
- Company Profile
- Company Services
- Company Values
- Company Vision
- Company Network
- Contact Us

# Company Network





At Emperor Global Enterprises we have established commercial networks and built relationships with first class organizations throughout the world in order to facilitate the procurement of the necessary monetary requirements for development projects. We utilize the services of our international network and concise market knowledge to meet our client's specific requirements, always being mindful that we must act within and in accordance of our client's parameters. Emperor Global Enterprises and its network of associates have integrated their knowledge of the international markets, logistics, execution and expertise to the advantage of their clients. Our commitment is to provide a linkage of services that complements our client's activities while delivering added value.

## NETWORK

In addition to the wealth of experience and comprehensive resources available to Emperor Global Enterprises and its in house associates, our group also utilizes an international network of contacts to ensure its clients are ideally situated to capitalize on a variety of

benefits of having a local presence during negotiations, particularly when assisting the development of projects in nations. This ensures that difficulties with respect to local customs, cultural differences, government regulations, language barriers, contractual terms etc are minimized. Our international network further provides Emperor Global Enterprises' clients with the advantage of being able to access up to date market information that is not readily available via standard communication channels, ensuring the highest level of service at all times. **Countries in blue** are where we have done past and present business with our network of associates and clients. In addition to adhering to our client's instructions, Emperor Global Enterprises and its network of associates are highly cognizant of the importance of ensuring all business transactions remain confidential. No information pertaining to our client's business is divulged to any party unless otherwise directed by our Principal in writing, our company guarantees confidentiality.



## SUMMATION

Emperor Global Enterprises LLP is a company that is an international funding facilitator for a wide variety of projects including, Funding projects through Bank Guarantees, Financial Instruments and Precious Metals and Natural Resources. We don't advertise, we don't have anything to sell and we are recommended throughout a worldwide network of satisfied business relationships and clients. Further, the monetary funding facilities that are provided cater for large scale development projects that require funding that range from the multi-millions to the billions of dollars.

*Emperor Global Enterprises LLP is not a United States Securities Dealer or Broker or United States Investment Adviser. Any submitted information and related documents are never considered to be a solicitation for any purpose in any form or content. Upon receipt of documents you, as the Recipient, hereby acknowledge this Warning and Disclaimer. These confidential communications are protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections 6801-6809 and other laws addressing the disclosure of Non-Public Personal Information.*

Content copyright 2021. EMPERORGLOBALENTERPRISES.COM. All rights reserved.

- Home Page
- Company Profile
- Company Services
- Company Values
- Company Vision
- Company Network
- Contact Us

## Contact Us





**Please contact us for more information on:**

- **Executive Leadership**
- **Our Associates**
- **Investor Relations**
- **Corporate Governance**
- **Global Projects**
- **Alliances and Partnerships**

**UK OFFICE: +(44) 020-7060-7414**
**USA OFFICE: +(1) 856-690-9095**

**WWW.EMPERORGLOBALENTERPRISES.COM**

info@emperorglobalenterprises.com

ADDRESS:
BM EMPEROR
LONDON
WC1N 3XX, UK

*Emperor Global Enterprises LLP is not a United States Securities Dealer or Broker or United States Investment Adviser. Any submitted information and related documents are never considered to be a solicitation for any purpose in any form or content. Upon receipt of documents you, as the Recipient, hereby acknowledge this Warning and Disclaimer. These confidential communications are protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections 6801-6809 and other laws addressing the disclosure of Non-Public Personal Information.*

Content copyright 2021. EMPERORGLOBALENTERPRISES.COM. All rights reserved.