# EXHIBIT "D"



INTERNATIONAL HOUSE 24 HOLBORN VIADUCT, CITY OF LONDON, LONDON, EC1A 2BN, UK - BM EMPEROR WC1N 3XX, UK
Office: +44 207 060 7414 / +447944679123, Email: mike@emperorglobalenterises.com

Date:    February 28, 2017

# PAYMENT INVOICE
## TRANSACTION CODE-EGE-CILLC-201702

| | | | |
|---|---|---|---|
| Name: | Brenda Smith | Address: | 200 Four Falls Ste 211, Conshohocken Pennsylvania, 19428, USA |
| Company: | Clearview Investments LLC | | |
| Via: | E-Mail | Tel: | +1610 862 0880 |
| C/o: | Brenda Smith (Director) | Fax: | +1484 351 8093 |
| RE: | Payment | E-Mail: | bsmith@cvinv.com |

Let this Payment Invoice (PI) serve that CLEARVIEW INVESTMENTS LLC and/or Assignees ("CILLC") duly organized and in good standing by its Managing Partner warrant that upon the signing of this Payment Invoice bearing TRANSACTION CODE-EGE- CILLC-201702 by CILLC CILLC will make a cash payment via a bank wire transfer of no less than FIVE HUNDRED THOUSAND EUROS (€500K) to EMPEROR GLOBAL ENTERPRISES LLP (EGE) bank account under the terms and conditions Joint Venture Agreement that was signed by and between EGE and CILLC. In addition to this CILLC further warrants that CILLC will make the full payment of the FIVE HUNDRED THOUSAND EUROS (€500K) to EGE no later than a maximum of two (2) banking days after CILLC signs this Payment Invoice.

Further CILLC will be obligated to provide EGE a bank wire confirmation and a bank wire tracking number from CILLC'S sending bank that will specify that CILLC'S sending bank (CILLC bank account is specified in Exhibit "A" on page two (2) hereunder) has transferred FIVE HUNDRED THOUSAND EUROS (€500K) into EGE'S receiving bank account (EGE bank account is specified in Exhibit "B" on page three ("3") hereunder) as stipulated in this Payment Invoice.

Furthermore CILLC represents, warrants, assures, declares, confirms and covenants that the FIVE HUNDRED THOUSAND EUROS (€500K) that CILLC will pay EGE is a current and valid currency lawfully obtained and constitute clean, cleared funds of legitimate, non-criminal, commercial origin and there are no liens, contractual obligations or encumbrances of any kind against the funds specified hereunder.

EGE and CILLC warrant that this Payment Invoice may be executed in counterparts, and when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Payment Invoice which shall be binding upon both Parties that are specified herein.

For and on behalf of EMPEROR GLOBAL ENTERPRISES LLP     For and on behalf of CLEARVIEW INVESTMENTS LLC

Signature: _[signature]_ February 28, 2017    Signature: _[signature]_ February 28, 2017
By: Michael P. Michael (Chief Executive Officer)    By: Brenda Smith (Director)

Proprietary and Confidential Information                    Page 1 of 3



INTERNATIONAL HOUSE 24 HOLBORN VIADUCT, CITY OF LONDON, LONDON, EC1A 2BN, UK - BM EMPEROR WC1N 3XX, UK
Office: +44 207 060 7414 / +447944679123, Email: mike@emperorglobalenterises.com

Date:   April 19, 2017

# PAYMENT INVOICE
## TRANSACTION CODE- EGE-CILLC-201703

**Name:** Brenda Smith
**Company:** Clearview Investments LLC
**Via:** E-Mail
**C/o:** Brenda Smith (Managing Partner)
**RE:** Payment

**Address:** 200 Four Falls Ste 211, Conshohocken Pennsylvania, 19428, USA
**Tel:** +1610 862 0880
**Fax:** +1484 351 8093
**Mail:** bsmith@cvinv.com

Let this Payment Invoice (PI) serve that CLEARVIEW INVESTMENTS LLC and/or Assignees ("CILLC") duly organized and in good standing by its Managing Partner warrant that upon the signing of this Payment Invoice bearing TRANSACTION CODE-EGE- CILLC-201702 by CILLC CILLC will make a cash payment via a bank wire transfer of no less than THREE HUNDRED AND FIFTY THOUSAND STERLING POUNDS (£350K) to EMPEROR GLOBAL ENTERPRISES LLP (EGE) bank account for services that are specified in section "16" of the Joint Venture Agreement that was signed by and between EGE and CILLC. In addition to this CILLC further warrants that CILLC will make the full payment of the THREE HUNDRED AND FIFTY THOUSAND STERLING POUNDS (£350K) to EGE no later than a maximum of two (2) banking days after CILLC signs this Payment Invoice.

Further CILLC will be obligated to provide EGE a bank wire confirmation and a bank wire tracking number from CILLC'S sending bank that will specify that CILLC'S sending bank (CILLC bank account is specified in Exhibit "A" on page two (2) hereunder) has transferred the THREE HUNDRED AND FIFTY THOUSAND STERLING POUNDS (£350K) into EGE'S receiving bank account (EGE bank account is specified in Exhibit "B" on page three ("3") hereunder) as stipulated in this Payment Invoice.

Furthermore CILLC represents, warrants, assures, declares, confirms and covenants that the THREE HUNDRED AND FIFTY THOUSAND STERLING POUNDS (£350K) that CILLC will pay EGE is a current and valid currency lawfully obtained and constitute clean, cleared funds of legitimate, non-criminal, commercial origin and there are no liens, contractual obligations or encumbrances of any kind against the funds specified hereunder.

EGE and CILLC warrant that this Payment Invoice may be executed in counterparts, and when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Payment Invoice which shall be binding upon both Parties that are specified herein.

For and on behalf of **EMPEROR GLOBAL ENTERPRISES LLP**

Signature: _[signature]_ April 19, 2017
By: Michael P. Michael (Chief Executive Officer)
(Signatures in blue ink)

For and on behalf of **CLEARVIEW INVESTMENTS LLC**

Signature _[signature]_ April 19, 2017
By: Brenda Smith (Managing Partner)
(Signatures in blue ink)

Proprietary and Confidential Information

Page 1 of 3

# EGE LTD

INTERNATIONAL HOUSE 24 HOLBORN VIADUCT, CITY OF LONDON, LONDON, EC1A 2BN, UK - BM EMPEROR WC1N 3XX, UK
Office: +44 207 060 7414 / +447944679123

Date: September 18, 2017

## PAYMENT INVOICE
### TRANSACTION CODE- EGE LTD-CILLC-201709

| | | | |
|---|---|---|---|
| Name: | Brenda Smith | Address: | 200 Four Falls Ste 211, Conshohocken |
| Company: | Clearview Investments LLC | | Pennsylvania, 19428, USA |
| Via: | E-Mail | Tel: | +1610 862 0880 |
| C/o: | Brenda Smith (Managing Partner) | Fax: | +1484 351 8093 |
| RE: | Payment | Mail: | bsmith@cvinv.com |

Let this Payment Invoice (PI) serve that CLEARVIEW INVESTMENTS LLC and/or Assignees ("CILLC") duly organized and in good standing by its Managing Partner warrant that upon the signing of this Payment Invoice bearing TRANSACTION CODE-EGE LTD- CILLC-201709 by CILLC CILLC will make a cash payment via a bank wire transfer of no less than THREE HUNDRED THOUSAND STERLING POUNDS (£300K) to EGE LTD (EGE) bank account to retain the services of EGE LTD. In addition to this CILLC further warrants that CILLC will make the full payment of the THREE HUNDRED THOUSAND STERLING POUNDS (£300K) to EGE no later than a maximum of two (2) banking days after CILLC signs this Payment Invoice.

Further CILLC will be obligated to provide EGE LTD a bank wire confirmation and a bank wire tracking number from CILLC'S sending bank that will specify that CILLC'S sending bank (CILLC bank account is specified in Exhibit "A" on page two (2) hereunder) has transferred the THREE HUNDRED THOUSAND STERLING POUNDS (£300K) into EGE LTD receiving bank account (EGE LTD bank account is specified in Exhibit "B" on page three ("3") hereunder) as stipulated in this Payment Invoice.

Furthermore CILLC represents, warrants, assures, declares, confirms and covenants that the THREE HUNDRED THOUSAND STERLING POUNDS (£300K) that CILLC will pay EGE is a current and valid currency lawfully obtained and constitute clean, cleared funds of legitimate, non-criminal, commercial origin and there are no liens, contractual obligations or encumbrances of any kind against the funds specified hereunder.

EGE LTD and CILLC warrant that this Payment Invoice may be executed in counterparts, and when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Payment Invoice which shall be binding upon both Parties that are specified herein.

For and on behalf of EGE LTD                    For and on behalf of CLEARVIEW INVESTMENTS LLC

Signature: _____ September 18, 2017   Signature: *Brenda Smith* September 18, 2017
By: Michael P. Michael (Chief Executive Officer)         By: Brenda Smith (Managing Partner)
            (Signatures in blue ink)                              (Signatures in blue ink)

Proprietary and Confidential Information                                    Page 1 of 3