# EXHIBIT "E"


### Christiansons
Chartered Certified Accountants

Our ref: CAJ/LT/50E361

18 May 2021

## TO WHOM IT MAY CONCERN

We are hereby confirm that we are acting on behalf of Emperor Global Enterprises LLP. In preparing the financial statements for the year ending 31st January 2018 invoices from Ms Brenda Smith and/or associated company were included in the turnover and the total amount of the income tax paid in the fiscal year 2017/2018 by the partners was around £368,000. The invoices which have been raised and paid are as follows:

1) Issued on 28/02/2017 to Clearview Investments LLC for 500,000 Euros. The money was received on the 3rd of March 2017
2) Issued on 19/04.2017 to Clearview Investments LLC for £350,000 and the money was received on 2nd of May 2017.

Please find attached the relevant invoices which were included in the Turnover in the year ending 31st January 2018 and for which the members of the LLP were taxed at 40%. Please find attached a statement from HMRC for Mr M Michael showing his income tax liability for the year to be just over £184,000.

We are also acting for EGE Limited a UK incorporated company under the same control as Emperor Global Enterprises LLP and on the 18/09/2017 an invoice was raised to Clearview Investments LLC for £300,000 and which was paid on the 12/09/2017. The accounts of this entity for the period ending 31st March 2018 includes this invoice and the appropriate Corporation Tax has been paid.

Yours faithfully

Costas A Joannou BSc, MSc, FCCA
Chairman




Directors: Costas A Joannou BSc, MSc, FCCA • Andreas C Stylianou ACA, FCCA
Sterling House • Fulbourne Road • London E17 4EE • United Kingdom
Tel: +44 (0)20 8359 1400 • Fax: +44 (0)20 8359 1401
Email: info@christiansons.org • Website: www.christiansons.org
Christiansons is a trading name of Christiansons Ltd
Registered in England & Wales under number: 09897000

*Registered as auditors and regulated for a range of investment business activities in the United Kingdom by the Association of Chartered Certified Accountants*