# EXHIBIT "F"

# EMPEROR GLOBAL ENTERPRISES LLP
# DORMANT BALANCE SHEET

Limited liability partnership No.   **OC382001**

Limited liability partnership Name:  **EMPEROR GLOBAL ENTERPRISES LLP**

BALANCE SHEET AS AT: **29/01/2013 – 31/01/2014**

|  | CURRENT YEAR | PREVIOUS YEAR |
|---|---|---|
| **B. FIXED ASSETS** | | |
| I. Intangible assets | 0.00 | 0.00 |
| II. Tangible assets | 0.00 | 0.00 |
| III. Investments | 0.00 | 0.00 |
| | ——— | ——— |
| | 0.00 | 0.00 |
| **C. CURRENT ASSETS** | | |
| I. Stocks | 0.00 | 0.00 |
| II. Debtors | 0.00 | 0.00 |
| III. Investments | 0.00 | 0.00 |
| IV. Cash at bank & in hand | 0.00 | 0.00 |
| | ——— | ——— |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| D. PREPAYMENTS AND ACCRUED INCOME | | |
| E. CREDITORS: AMOUNTS FALLING DUE WITHIN ONE YEAR | (0.00) | (0.00) |
| F. NET CURRENT ASSETS/ **LIABILITIES** | **(-£1900)** | **(-£1521)** |
| G. TOTAL ASSETS LESS CURRENT LIABILITIES | 0.00 | 0.00 |
| H. CREDITORS:AMOUNTS FALLING DUE AFTER MORE THAN ONE YEAR | (0.00) | (0.00) |
| I. PROVISION FOR LIABILITIES AND CHARGES | (0.00) | (0.00) |
| J. ACCRUALS AND DEFERRED INCOME | (0.00) | (0.00) |
| | ——— | ——— |
| | **(-£1900)** | **(-£1521)** |
| | ——— | ——— |

WEDNESDAY

*A3JJ5C0B*

A23    29/10/2014    #18

COMPANIES HOUSE

EMPEROR GLOBAL ENTERPRISES LLP  - COMPANY NUMBER: OC382001 – MICHAEL P. MICHAEL, PARTNER – GEORGIA IACOVOU, PARTNER
INTERNATIONAL HOUSE, 124 CROMWELL ROAD, KENSINGTON, LONDON SW7 4ET – TEL: 07944 679123/07944 69124

| | | |
|---|---|---|
| K. LOANS AND OTHER DEBTS DUE TO MEMBERS | 0.00 | 0.00 |
| | | |
| L. MEMBERS OTHER INTERESTS | | |
| I. Members' capital | 0.00 | 0.00 |
| II. Revaluation reserve | 0.00 | 0.00 |
| III. Other reserves | 0.00 | 0.00 |
| | 0.00 | 0.00 |

For the year ending **29/01/2013 to 31/01/2014** the LLP was entitled to exemption from audit under section 480 of the Companies Act 2006 (as applied by The Limited Liability Partnerships (Accounts and Audit)(Application of Companies Act 2006) Regulations 2008) relating to dormant LLPs.

The members acknowledge their responsibilities for complying with the requirements of the Act with respect to accounting records and the preparation of accounts."

An LLP that prepares its accounts under the small regime should also include the following statement on the balance sheet:

"These accounts have been prepared in accordance with the provisions applicable to limited liability partnerships subject to the small limited liability partnerships regime

Approved by the members on ..27./.10./2014

and signed on their behalf by...........................(MICHAEL P. MICHAEL - PARTNER)

and signed on their behalf by.......................(GEORGIA IACOVOU - PARTNER)

# EMPEROR GLOBAL ENTERPRISES LLP
## DORMANT BALANCE SHEET

Limited liability partnership No.  **OC382001**

Limited liability partnership Name:  **EMPEROR GLOBAL ENTERPRISES LLP**

BALANCE SHEET AS AT: **31/01/2014 – 31/01/2015**

|  | CURRENT YEAR | PREVIOUS YEAR |
|---|---|---|
| **B. FIXED ASSETS** | | |
| I. Intangible assets | 0.00 | 0.00 |
| II. Tangible assets | 0.00 | 0.00 |
| III. Investments | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| **C. CURRENT ASSETS** | | |
| I. Stocks | 0.00 | 0.00 |
| II. Debtors | 0.00 | 0.00 |
| III. Investments | 0.00 | 0.00 |
| IV. Cash at bank & in hand | 8,586.72 | 0.00 |
| | 8,586.72 | 0.00 |
| | 0.00 | 0.00 |
| D. PREPAYMENTS AND ACCRUED INCOME | | |
| E. CREDITORS: AMOUNTS FALLING DUE WITHIN ONE YEAR | (0.00) | (0.00) |
| F. NET CURRENT ASSETS/ **LIABILITIES** | (-£5022.26) | (-£1900) |
| G. TOTAL ASSETS LESS CURRENT LIABILITIES | 0.00 | 0.00 |
| H. CREDITORS:AMOUNTS FALLING DUE AFTER MORE THAN ONE YEAR | (0.00) | (0.00) |
| I. PROVISION FOR LIABILITIES AND CHARGES | (0.00) | (0.00) |
| J. ACCRUALS AND DEFERRED INCOME | (0.00) | (0.00) |
| | (-£1900) | (-£1521) |



SATURDAY

A11    05/12/2015    #134
COMPANIES HOUSE

*A4LLDJVV*

| | | |
|---|---|---|
| K. LOANS AND OTHER DEBTS DUE TO MEMBERS | 0.00 | 0.00 |
| | | |
| L. MEMBERS OTHER INTERESTS | | |
| I. Members' capital | 0.00 | 0.00 |
| II. Revaluation reserve | 0.00 | 0.00 |
| III. Other reserves | 0.00 | 0.00 |
| | 0.00 | 0.00 |

For the year ending **01/04/2014 to 31/04/2015** the LLP was entitled to exemption from audit under section 480 of the Companies Act 2006 (as applied by The Limited Liability Partnerships (Accounts and Audit)(Application of Companies Act 2006) Regulations 2008) relating to dormant LLPs.

The members acknowledge their responsibilities for complying with the requirements of the Act with respect to accounting records and the preparation of accounts."

An LLP that prepares its accounts under the small regime should also include the following statement on the balance sheet:

"These accounts have been prepared in accordance with the provisions applicable to limited liability partnerships subject to the small limited liability partnerships regime

Approved by the members on .....23.../.11.../.15.....

and signed on their behalf by.............................................(MICHAEL P. MICHAEL - PARTNER)

and signed on their behalf by.............................................(GEORGIA IACOVOU - PARTNER)

EMPEROR GLOBAL ENTERPRISES LLP  - COMPANY NUMBER: OC382001 – MICHAEL P. MICHAEL, PARTNER – GEORGIA IACOVOU, PARTNER INTERNATIONAL HOUSE, 124 CROMWELL ROAD, KENSINGTON, LONDON SW7 4ET – TEL: 07944 679123/07944 69124

**EMPEROR GLOBAL ENTERPRISES LLP**

**REPORT OF THE MEMBERS AND**

**UNAUDITED FINANCIAL STATEMENTS FOR THE YEAR ENDED 31 JANUARY 2017**

TUESDAY

*A6HQ8IT5*

A23        24/10/2017        #32

COMPANIES HOUSE

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**CONTENTS OF THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 JANUARY 2017**

|  | Page |
|---|---|
| General Information | 1 |
| Report of the Members | 2 |
| Income Statement | 3 |
| Balance Sheet | 4 |
| Reconciliation of Members' Interests | 5 |
| Notes to the Financial Statements | 7 |

**EMPEROR GLOBAL ENTERPRISES LLP**

**GENERAL INFORMATION**
**FOR THE YEAR ENDED 31 JANUARY 2017**

**DESIGNATED MEMBERS:**      Ms G Iacovou
                            M P Michael

**REGISTERED OFFICE:**      Sterling House
                            Fulbourne Road
                            Walthamstow
                            London
                            E17 4EE

**REGISTERED NUMBER:**      OC382001 (England and Wales)

**ACCOUNTANTS:**      Kounnis And Partners Ltd
                      Chartered Certified Accountants
                      Sterling House
                      Fulbourne Road
                      Walthamstow
                      London
                      E17 4EE

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**REPORT OF THE MEMBERS
FOR THE YEAR ENDED 31 JANUARY 2017**

The members present their report with the financial statements of the LLP for the year ended 31 January 2017.

**PRINCIPAL ACTIVITY**
The principal activity of the LLP in the year under review was that of consultancy services

**DESIGNATED MEMBERS**
The designated members during the year under review were:

Ms G Iacovou
M P Michael

**RESULTS FOR THE YEAR AND ALLOCATION TO MEMBERS**
The loss for the year before members' remuneration and profit shares was £29,161 (2016 - £NIL profit).

**MEMBERS' INTERESTS**
Members are remunerated from the profits of the partnership. Profits are allocated and divided between members after finalisation of the financial statements and are drawn subsequently subject to the cash requirements of the business.

**STATEMENT OF MEMBERS' RESPONSIBILITIES**
The members are responsible for preparing the Report of the Members and the financial statements in accordance with applicable law and regulations.

Legislation applicable to limited liability partnerships requires the members to prepare financial statements for each financial year. Under that law the members have elected to prepare the financial statements in accordance with United Kingdom Generally Accepted Accounting Practice (United Kingdom Accounting Standards and applicable law). Under legislation applicable to limited liability partnerships the members must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the LLP and of the profit or loss of the LLP for that period. In preparing these financial statements, the members are required to:

- select suitable accounting policies and then apply them consistently;
- make judgements and accounting estimates that are reasonable and prudent;

The members are responsible for keeping adequate accounting records that are sufficient to show and explain the LLP's transactions and disclose with reasonable accuracy at any time the financial position of the LLP and enable them to ensure that the financial statements comply with the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008. They are also responsible for safeguarding the assets of the LLP and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

The members are responsible for the maintenance and integrity of the corporate and financial information included on the LLP's website.

**ON BEHALF OF THE MEMBERS:**

M P Michael - Designated member

Date: ...19th Oct 2017...............

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**INCOME STATEMENT**
**FOR THE YEAR ENDED 31 JANUARY 2017**

| | Notes | 31.1.17 £ | 31.1.16 £ |
|---|---|---|---|
| **TURNOVER** | 3 | 18,000 | - |
| Administrative expenses | | (47,175) | - |
| | | (29,175) | - |
| Other operating income | | 14 | - |
| **OPERATING LOSS and LOSS FOR THE FINANCIAL YEAR BEFORE MEMBERS' REMUNERATION AND PROFIT SHARES AVAILABLE FOR DISCRETIONARY DIVISION AMONG MEMBERS** | | (29,161) | - |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**BALANCE SHEET**
**31 JANUARY 2017**

| | Notes | 31.1.17 £ | 31.1.16 £ |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Cash at bank and in hand | | **13,539** | 17,000 |
| | | | |
| **CREDITORS** | | | |
| Amounts falling due within one year | 5 | **(6,540)** | (5,340) |
| | | | |
| **NET CURRENT ASSETS** | | **6,999** | 11,660 |
| | | | |
| **TOTAL ASSETS LESS CURRENT LIABILITIES and** | | | |
| **NET ASSETS ATTRIBUTABLE TO MEMBERS** | | **6,999** | 11,660 |
| | | | |
| **LOANS AND OTHER DEBTS DUE TO MEMBERS** | | **6,999** | 11,660 |
| | | | |
| **TOTAL MEMBERS' INTERESTS** | | | |
| Loans and other debts due to members | | **6,999** | 11,660 |

The LLP is entitled to exemption from audit under Section 477 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 for the year ended 31 January 2017.

The members acknowledge their responsibilities for:
(a)  ensuring that the LLP keeps accounting records which comply with Sections 386 and 387 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 and
(b)  preparing financial statements which give a true and fair view of the state of affairs of the LLP as at the end of each financial year and of its profit or loss for each financial year in accordance with the requirements of Sections 394 and 395 and which otherwise comply with the requirements of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 relating to financial statements, so far as applicable to the LLP.

The financial statements have been prepared in accordance with the provisions of Part 15 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 relating to small LLPs.

The financial statements were approved by the members of the LLP on ........19th.Oct.2017.......... and were signed by:

.........................................................
M P Michael - Designated member

.........................................................
Ms G Iacovou - Designated member

The notes form part of these financial statements

Page 4

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**RECONCILIATION OF MEMBERS' INTERESTS**
**FOR THE YEAR ENDED 31 JANUARY 2017**

| | EQUITY Members' other interests Other reserves £ | DEBT Loans and other debts due to members less any amounts due from members in debtors Other amounts £ | TOTAL MEMBERS' INTERESTS Total £ |
|---|---|---|---|
| Amount due to members | | 11,660 | |
| Amount due from members | | - | |
| | | | |
| Balance at 1 February 2016 | - | 11,660 | 11,660 |
| Loss for the financial year available for discretionary division among members | (29,161) | - | (29,161) |
| | | | |
| Members' interests after loss for the year | (29,161) | 11,660 | (17,501) |
| Other divisions of loss | 29,161 | (29,161) | - |
| Introduced by members | - | 24,500 | 24,500 |
| | | | |
| Amount due to members | | 6,999 | |
| Amount due from members | | - | |
| | | | |
| Balance at 31 January 2017 | - | 6,999 | 6,999 |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**RECONCILIATION OF MEMBERS' INTERESTS**
**FOR THE YEAR ENDED 31 JANUARY 2017**

| | EQUITY Members' other interests Other reserves £ | DEBT Loans and other debts due to members less any amounts due from members in debtors Other amounts £ | TOTAL MEMBERS' INTERESTS Total £ |
|---|---|---|---|
| Amount due to members | | 11,660 | |
| Amount due from members | | - | |
| | | | |
| Balance at 1 February 2015 | - | 11,660 | 11,660 |
| Profit for the financial year available for discretionary division among members | - | - | - |
| | | | |
| Members' interests after profit for the year | - | 11,660 | 11,660 |
| | | | |
| Amount due to members | | 11,660 | |
| Amount due from members | | - | |
| | | | |
| Balance at 31 January 2016 | - | 11,660 | 11,660 |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**NOTES TO THE FINANCIAL STATEMENTS - continued**
**FOR THE YEAR ENDED 31 JANUARY 2017**

1.   **STATUTORY INFORMATION**

Emperor Global Enterprises LLP is registered in England and Wales. The LLP's registered number and registered office address can be found on the General Information page.

2.   **ACCOUNTING POLICIES**

**Basis of preparing the financial statements**
These financial statements have been prepared in accordance with the provisions of Section 1A "Small Entities" of Financial Reporting Standard 102 "The Financial Reporting Standard applicable in the UK and Republic of Ireland" and the requirements of the Statement of Recommended Practice, Accounting by Limited Liability Partnerships. The financial statements have been prepared under the historical cost convention.

**Turnover**
Turnover is measured at the fair value of the consideration received or receivable, excluding discounts, rebates, value added tax and other sales taxes.

**Hire purchase and leasing commitments**
Rentals paid under operating leases are charged to profit or loss on a straight line basis over the period of the lease.

3.   **TURNOVER**

Turnover is measured at the fair value of the consideration received or receivable, excluding discounts, rebates, value added tax and other sales taxes. Turnover is recognised at the earlier of invoice issued or payment received.

4.   **INFORMATION IN RELATION TO MEMBERS**

|  | 31.1.17 | 31.1.16 |
|---|---|---|
| The average number of members during the year was | 2 | 2 |

5.   **CREDITORS: AMOUNTS FALLING DUE WITHIN ONE YEAR**

|  | 31.1.17 £ | 31.1.16 £ |
|---|---|---|
| Other creditors | 5,340 | 5,340 |
| Accrued expenses | 1,200 | - |
|  | 6,540 | 5,340 |

6.   **ULTIMATE CONTROLLING PARTY**

There is no overall control of the LLP by any one individual person.

**EMPEROR GLOBAL ENTERPRISES LLP**

**REPORT OF THE MEMBERS AND**

**UNAUDITED CESSATION FINANCIAL STATEME     NTS**

**FOR THE YEAR ENDED 31 JANUARY 2018**

Kounnis And Partners Ltd
Chartered Certified Accountants
Sterling House
Fulbourne Road
Walthamstow
London
E17 4EE

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**CONTENTS OF THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 JANUARY 2018**

|                                        | Page |
|----------------------------------------|------|
| General Information                     | 1    |
| Report of the Members                   | 2    |
| Income Statement                        | 3    |
| Balance Sheet                           | 4    |
| Reconciliation of Members' Interests    | 5    |
| Notes to the Financial Statements       | 7    |

**EMPEROR GLOBAL ENTERPRISES LLP**

**GENERAL INFORMATION**
**FOR THE YEAR ENDED 31 JANUARY 2018**

**DESIGNATED MEMBERS:**          Ms G Iacovou
                                Mr M P Michael

**REGISTERED OFFICE:**           Sterling House
                                Fulbourne Road
                                Walthamstow
                                London
                                E17 4EE

**REGISTERED NUMBER:**           OC382001 (England and Wales)

**ACCOUNTANTS:**                 Kounnis And Partners Ltd
                                Chartered Certified Accountants
                                Sterling House
                                Fulbourne Road
                                Walthamstow
                                London
                                E17 4EE

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

## REPORT OF THE MEMBERS
### FOR THE YEAR ENDED 31 JANUARY 2018

The members present their report with the financial statements of the LLP for the year ended 31 January 2018.

**CESSATION OF TRADING**
The company ceased trading on 31 January 2018.

**PRINCIPAL ACTIVITY**
The principal activity of the LLP in the year under review was that of consultancy services

**DESIGNATED MEMBERS**
The designated members during the year under review were:

Ms G Iacovou
Mr M P Michael

**RESULTS FOR THE YEAR AND ALLOCATION TO MEMBERS**
The profit for the year before members' remuneration and profit shares was £857,034 (2017 - £29,161 loss).

**MEMBERS' INTERESTS**
Members are remunerated from the profits of the partnership. Profits are allocated and divided between members after finalisation of the financial statements and are drawn subsequently subject to the cash requirements of the business.

**STATEMENT OF MEMBERS' RESPONSIBILITIES**
The members are responsible for preparing the Report of the Members and the financial statements in accordance with applicable law and regulations.

Legislation applicable to limited liability partnerships requires the members to prepare financial statements for each financial year. Under that law the members have elected to prepare the financial statements in accordance with United Kingdom Generally Accepted Accounting Practice (United Kingdom Accounting Standards and applicable law). Under legislation applicable to limited liability partnerships the members must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the LLP and of the profit or loss of the LLP for that period. In preparing these financial statements, the members are required to:

- select suitable accounting policies and then apply them consistently;
- make judgements and accounting estimates that are reasonable and prudent;

The members are responsible for keeping adequate accounting records that are sufficient to show and explain the LLP's transactions and disclose with reasonable accuracy at any time the financial position of the LLP and enable them to ensure that the financial statements comply with the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008. They are also responsible for safeguarding the assets of the LLP and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

The members are responsible for the maintenance and integrity of the corporate and financial information included on the LLP's website.

**ON BEHALF OF THE MEMBERS:**

Mr M P Michael - Designated member

17 July 2018

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**INCOME STATEMENT**
**FOR THE YEAR ENDED 31 JANUARY 2018**

| | Notes | 2018 £ | 2017 £ |
|---|---|---|---|
| **TURNOVER** | 3 | 2,080,759 | 18,000 |
| Cost of sales | | 1,039,111 | - |
| **GROSS PROFIT** | | 1,041,648 | 18,000 |
| Administrative expenses | | 184,631 | 47,175 |
| | | 857.017 | (29,175) |
| Other operating income | | 17 | 14 |
| **OPERATING PROFIT/(LOSS) and PROFIT/(LOSS) FOR THE FINANCIAL YEAR BEFORE MEMBERS' REMUNERATION AND PROFIT SHARES AVAILABLE FOR DISCRETIONARY DIVISION AMONG MEMBERS** | | 857,034 | (29,161) |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**BALANCE SHEET**
**31 JANUARY 2018**

| | Notes | 2018 £ | 2017 £ |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Cash at bank and in hand | | 1,047,748 | 13,539 |
| | | | |
| **CREDITORS** | | | |
| Amounts falling due within one year | 5 | 1,045,111 | 6,540 |
| **NET CURRENT ASSETS** | | 2,637 | 6,999 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES** | | | |
| **and** | | | |
| **NET ASSETS ATTRIBUTABLE TO MEMBERS** | | 2,637 | 6,999 |
| | | | |
| **LOANS AND OTHER DEBTS DUE TO MEMBERS** | | 2,637 | 6,999 |
| | | | |
| **TOTAL MEMBERS' INTERESTS** | | | |
| Loans and other debts due to members | | 2,637 | 6,999 |

The LLP is entitled to exemption from audit under Section 477 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 for the year ended 31 January 2018.

The members acknowledge their responsibilities for:

(a) ensuring that the LLP keeps accounting records which comply with Sections 386 and 387 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 and

(b) preparing financial statements which give a true and fair view of the state of affairs of the LLP as at the end of each financial year and of its profit or loss for each financial year in accordance with the requirements of Sections 394 and 395 and which otherwise comply with the requirements of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 relating to financial statements, so far as applicable to the LLP.

The financial statements have been prepared in accordance with the provisions of Part 15 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 relating to small LLPs.

The financial statements were approved by the members of the LLP on 17 July 2018 and were signed by:

Mr M P Michael - Designated member

Ms G Iacovou - Designated member

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**RECONCILIATION OF MEMBERS' INTERESTS**
**FOR THE YEAR ENDED 31 JANUARY 2018**

| | EQUITY Members' other interests Other reserves £ | DEBT Loans and other debts due to members less any amounts due from members in debtors Other amounts £ | TOTAL MEMBERS' INTERESTS Total £ |
|---|---|---|---|
| Amount due to members | | 6,999 | |
| Amount due from members | | - | |
| Balance at 1 February 2017 | - | 6,999 | 6,999 |
| Profit for the financial year available for discretionary division among members | 857,034 | - | 857,034 |
| Members' interests after profit for the year | 857,034 | 6,999 | 864,033 |
| Other divisions of profit | (857,034) | 857,034 | - |
| Drawings | - | (861,396) | (861,396) |
| Amount due to members | | 2,637 | |
| Amount due from members | | - | |
| Balance at 31 January 2018 | - | 2,637 | 2,637 |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**RECONCILIATION OF MEMBERS' INTERESTS**
**FOR THE YEAR ENDED 31 JANUARY 2018**

| | EQUITY Members' other interests Other reserves £ | DEBT Loans and other debts due to members less any amounts due from members in debtors Other amounts £ | TOTAL MEMBERS' INTERESTS Total £ |
|---|---|---|---|
| Amount due to members | | 11,660 | |
| Amount due from members | | - | |
| Balance at 1 February 2016 | - | 11,660 | 11,660 |
| Loss for the financial year available for discretionary division among members | (29,161) | - | (29,161) |
| Members' interests after loss for the year | (29,161) | 11,660 | (17,501) |
| Other divisions of loss | 29,161 | (29,161) | - |
| Introduced by members | - | 24,500 | 24,500 |
| Amount due to members | | 6,999 | |
| Amount due from members | | - | |
| Balance at 31 January 2017 | - | 6,999 | 6,999 |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**NOTES TO THE FINANCIAL STATEMENTS - continued**
**FOR THE YEAR ENDED 31 JANUARY 2018**

1. **STATUTORY INFORMATION**

   Emperor Global Enterprises LLP is registered in England and Wales. The LLP's registered number and registered office address can be found on the General Information page.

2. **ACCOUNTING POLICIES**

   **Basis of preparing the financial statements**
   These financial statements have been prepared in accordance with the provisions of Section 1A "Small Entities" of Financial Reporting Standard 102 "The Financial Reporting Standard applicable in the UK and Republic of Ireland" and the requirements of the Statement of Recommended Practice, Accounting by Limited Liability Partnerships. The financial statements have been prepared under the historical cost convention.

   **Hire purchase and leasing commitments**
   Rentals paid under operating leases are charged to profit or loss on a straight line basis over the period of the lease.

3. **TURNOVER**

   Turnover is measured at the fair value of the consideration received or receivable, excluding discounts, rebates, value added tax and other sales taxes. Turnover is recognised at the earlier of invoice issued or payment received.

4. **INFORMATION IN RELATION TO MEMBERS**

   |  | 2018 £ |  |
   |---|---|---|
   | The amount of profit for the year ended 31 January 2018 attributable to the member with the largest entitlement was | 428,517 | |

   |  | 2018 | 2017 |
   |---|---|---|
   | The average number of members during the year was | 2 | 2 |

5. **CREDITORS: AMOUNTS FALLING DUE WITHIN ONE YEAR**

   |  | 2018 £ | 2017 £ |
   |---|---|---|
   | Other creditors | - | 5,340 |
   | Accrued expenses | 1,045,111 | 1,200 |
   |  | 1,045,111 | 6,540 |

6. **ULTIMATE CONTROLLING PARTY**

   There is no overall control of the LLP by any one individual person.

This document was delivered using electronic communications and authenticated in accordance with the registrar's rules relating to electronic form, authentication and manner of delivery under section 1072 of the Companies Act 2006.

**EMPEROR GLOBAL ENTERPRISES LLP**

**UNAUDITED FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 JANUARY 2019**

Kounnis And Partners Ltd
Chartered Certified Accountants
Sterling House
Fulbourne Road
Walthamstow
London
E17 4EE

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

## CONTENTS OF THE FINANCIAL STATEMENTS
### FOR THE YEAR ENDED 31 JANUARY 2019

|  | Page |
|---|---|
| **General Information** | 1 |
| **Balance Sheet** | 2 |
| **Notes to the Financial Statements** | 4 |

**EMPEROR GLOBAL ENTERPRISES LLP**

**GENERAL INFORMATION**
**FOR THE YEAR ENDED 31 JANUARY 2019**

---

**DESIGNATED MEMBERS:**            Ms G Iacovou
                                   Mr M P Michael

**REGISTERED OFFICE:**             Sterling House
                                    Fulbourne Road
                                    Walthamstow
                                    London
                                    E17 4EE

**REGISTERED NUMBER:**             OC382001 (England and Wales)

**ACCOUNTANTS:**                   Kounnis And Partners Ltd
                                    Chartered Certified Accountants
                                    Sterling House
                                    Fulbourne Road
                                    Walthamstow
                                    London
                                    E17 4EE

---

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**BALANCE SHEET**
**31 JANUARY 2019**

| | Notes | 2019 £ | 2018 £ |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Cash at bank and in hand | | **3,076** | 1,047,748 |
| | | | |
| **CREDITORS** | | | |
| Amounts falling due within one year | 3 | **-** | 1,045,111 |
| **NET CURRENT ASSETS** | | **3,076** | 2,637 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES and** | | | |
| **NET ASSETS ATTRIBUTABLE TO MEMBERS** | | **3,076** | 2,637 |
| | | | |
| **LOANS AND OTHER DEBTS DUE TO MEMBERS** | | **3,076** | 2,637 |
| | | | |
| **TOTAL MEMBERS' INTERESTS** | | | |
| Loans and other debts due to members | | **3,076** | 2,637 |

The LLP is entitled to exemption from audit under Section 477 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companics Act 2006) Regulations 2008 for the year ended 31 January 2019.

The members acknowledge their responsibilities for:

(a)  ensuring that the LLP keeps accounting records which comply with Sections 386 and 387 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companics Act 2006) Regulations 2008 and

(b)  preparing financial statements which give a true and fair view of the state of affairs of the LLP as at the end of each financial year and of its profit or loss for each financial year in accordance with the requirements of Sections 394 and 395 and which otherwise comply with the requirements of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companics Act 2006) Regulations 2008 relating to financial statements, so far as applicable to the LLP.

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**BALANCE SHEET - continued**
**31 JANUARY 2019**

The financial statements have been prepared and delivered in accordance with the provisions applicable to LLPs subject to the small LLPs regime.

In accordance with Section 444 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008, the Income Statement has not been delivered.

The financial statements were approved by the members of the LLP on 28 October 2019 and were signed by:

Mr M P Michael - Designated member

Ms G Iacovou - Designated member

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 JANUARY 2019**

1.    **STATUTORY INFORMATION**

Emperor Global Enterprises LLP is registered in England and Wales. The LLP's registered number and registered office address can be found on the General Information page.

2.    **ACCOUNTING POLICIES**

**Basis of preparing the financial statements**
These financial statements have been prepared in accordance with Financial Reporting Standard 102 "The Financial Reporting Standard applicable in the UK and Republic of Ireland" including the provisions of Section 1A "Small Entities" and the requirements of the Statement of Recommended Practice, Accounting by Limited Liability Partnerships. The financial statements have been prepared under the historical cost convention.

3.    **CREDITORS: AMOUNTS FALLING DUE WITHIN ONE YEAR**

|  | 2019 £ | 2018 £ |
|---|---|---|
| Accrued expenses | - | 1,045,111 |

4.    **ULTIMATE CONTROLLING PARTY**

There is no overall control of the LLP by any one individual person.

This document was delivered using electronic communications and authenticated in accordance with the registrar's rules relating to electronic form, authentication and manner of delivery under section 1072 of the Companies Act 2006.

REGISTERED NUMBER: OC382001 (England and Wales)

REPORT OF THE MEMBERS AND

UNAUDITED FINANCIAL STATEMENTS

FOR THE YEAR ENDED 31 JANUARY 2020

FOR

EMPEROR GLOBAL ENTERPRISES LLP

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**CONTENTS OF THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 JANUARY 2020**

|                                              | Page |
|----------------------------------------------|------|
| General Information                           | 1    |
| Report of the Members                        | 2    |
| Chartered Certified Accountants' Report      | 3    |
| Income Statement                             | 4    |
| Balance Sheet                                | 5    |
| Reconciliation of Members' Interests         | 6    |
| Notes to the Financial Statements            | 8    |

**EMPEROR GLOBAL ENTERPRISES LLP**

**GENERAL INFORMATION**
**FOR THE YEAR ENDED 31 JANUARY 2020**

---

**DESIGNATED MEMBERS:**          Ms G Iacovou
                                 Mr M P Michael

**REGISTERED OFFICE:**           Sterling House
                                 Fulbourne Road
                                 Walthamstow
                                 London
                                 E17 4EE

**REGISTERED NUMBER:**           OC382001 (England and Wales)

**ACCOUNTANTS:**                 Christiansons Ltd
                                 Chartered Certified Accountants
                                 Sterling House
                                 Fulbourne Road
                                 Walthamstow
                                 London
                                 E17 4EE

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

## REPORT OF THE MEMBERS
### FOR THE YEAR ENDED 31 JANUARY 2020

The members present their report with the financial statements of the LLP for the year ended 31 January 2020.

**PRINCIPAL ACTIVITY**
The principal activity of the LLP in the year under review was that of consultancy services

**DESIGNATED MEMBERS**
The designated members during the year under review were:

Ms G Iacovou
Mr M P Michael

**RESULTS FOR THE YEAR AND ALLOCATION TO MEMBERS**
The loss for the year before members' remuneration and profit shares was £1,786 (2019 - £NIL profit).

**MEMBERS' INTERESTS**
Members are remunerated from the profits of the partnership. Profits are allocated and divided between members after finalisation of the financial statements and are drawn subsequently subject to the cash requirements of the business.

**STATEMENT OF MEMBERS' RESPONSIBILITIES**
The members are responsible for preparing the Report of the Members and the financial statements in accordance with applicable law and regulations.

Legislation applicable to limited liability partnerships requires the members to prepare financial statements for each financial year. Under that law the members have elected to prepare the financial statements in accordance with United Kingdom Generally Accepted Accounting Practice (United Kingdom Accounting Standards and applicable law). Under legislation applicable to limited liability partnerships the members must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the LLP and of the profit or loss of the LLP for that period. In preparing these financial statements, the members are required to:

- select suitable accounting policies and then apply them consistently;
- make judgements and accounting estimates that are reasonable and prudent;
- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the LLP will continue in business.

The members are responsible for keeping adequate accounting records that are sufficient to show and explain the LLP's transactions and disclose with reasonable accuracy at any time the financial position of the LLP and enable them to ensure that the financial statements comply with the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008. They are also responsible for safeguarding the assets of the LLP and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

The members are responsible for the maintenance and integrity of the corporate and financial information included on the LLP's website.

**ON BEHALF OF THE MEMBERS:**

Mr M P Michael - Designated member

1 December 2020

**CHARTERED CERTIFIED ACCOUNTANTS' REPORT TO THE MEMBERS**
**ON THE UNAUDITED FINANCIAL STATEMENTS OF**
**EMPEROR GLOBAL ENTERPRISES LLP**

In order to assist you to fulfil your duties under the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008, we have prepared for your approval the financial statements of Emperor Global Enterprises LLP for the year ended 31 January 2020 which comprise the Income Statement, Balance Sheet, Reconciliation of Members' Interests and the related notes from the LLP's accounting records and from information and explanations you have given us.

As a practising member firm of the Association of Chartered Certified Accountants, we are subject to its ethical and other professional requirements which are detailed at http://www.accaglobal.com/rulebook.

This report is made solely to the members of Emperor Global Enterprises LLP, as a body, in accordance with our terms of engagement. Our work has been undertaken solely to prepare for your approval the financial statements of Emperor Global Enterprises LLP and state those matters that we have agreed to state to the members of Emperor Global Enterprises LLP, as a body, in this report in accordance with the requirements of the Association of Chartered Certified Accountants as detailed at http://www.accaglobal.com/factsheet163. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the LLP and its members, as a body, for our work or for this report.

It is your duty to ensure that Emperor Global Enterprises LLP has kept adequate accounting records and to prepare statutory financial statements that give a true and fair view of the assets, liabilities, financial position and loss of Emperor Global Enterprises LLP. You consider that Emperor Global Enterprises LLP is exempt from the statutory audit requirement for the year.

We have not been instructed to carry out an audit or a review of the financial statements of Emperor Global Enterprises LLP. For this reason, we have not verified the accuracy or completeness of the accounting records or information and explanations you have given to us and we do not, therefore, express any opinion on the statutory financial statements.

Christiansons Ltd
Chartered Certified Accountants
Sterling House
Fulbourne Road
Walthamstow
London
E17 4EE

1 December 2020

This page does not form part of the statutory financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**INCOME STATEMENT**
**FOR THE YEAR ENDED 31 JANUARY 2020**

| | Notes | 31.1.20 £ | 31.1.19 £ |
|---|---|---|---|
| **REVENUE** | | - | - |
| | | | |
| Administrative expenses | | 1,786 | - |
| **OPERATING LOSS and** | | | |
| **LOSS FOR THE FINANCIAL YEAR** | | | |
| **BEFORE MEMBERS' REMUNERATION** | | | |
| **AND PROFIT SHARES AVAILABLE** | | | |
| **FOR DISCRETIONARY DIVISION** | | | |
| **AMONG MEMBERS** | | (1,786) | - |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**BALANCE SHEET**
**31 JANUARY 2020**

| | Notes | 31.1.20 £ | 31.1.19 £ |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Cash at bank and in hand | | 1,290 | 3,076 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES and** | | | |
| **NET ASSETS ATTRIBUTABLE TO MEMBERS** | | 1,290 | 3,076 |
| **LOANS AND OTHER DEBTS DUE TO MEMBERS** | 5 | 1,290 | 3,076 |
| **TOTAL MEMBERS' INTERESTS** | | | |
| Loans and other debts due to members | 5 | 1,290 | 3,076 |

The LLP is entitled to exemption from audit under Section 477 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 for the year ended 31 January 2020.

The members acknowledge their responsibilities for:
(a)  ensuring that the LLP keeps accounting records which comply with Sections 386 and 387 of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 and
(b)  preparing financial statements which give a true and fair view of the state of affairs of the LLP as at the end of each financial year and of its profit or loss for each financial year in accordance with the requirements of Sections 394 and 395 and which otherwise comply with the requirements of the Companies Act 2006 as applied to LLPs by the Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008 relating to financial statements, so far as applicable to the LLP.

The financial statements have been prepared in accordance with the provisions applicable to LLPs subject to the small LLPs regime.

The financial statements were approved by the members of the LLP and authorised for issue on 1 December 2020 and were signed by:

Mr M P Michael - Designated member

Ms G Iacovou - Designated member

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**RECONCILIATION OF MEMBERS' INTERESTS**
**FOR THE YEAR ENDED 31 JANUARY 2020**

| | EQUITY<br>Members'<br>other<br>interests<br>**Other<br>reserves**<br>£ | DEBT<br>Loans and other debts due to<br>members less any amounts due<br>from members in debtors<br>**Other<br>amounts**<br>£ | TOTAL<br>MEMBERS'<br>INTERESTS<br><br>**Total**<br>£ |
|---|---|---|---|
| Amount due to members | | 3,076 | |
| Amount due from members | | - | |
| Balance at 1 February 2019 | - | 3,076 | 3,076 |
| Loss for the financial year available for discretionary division among members | (1,786) | - | (1,786) |
| Members' interests after loss for the year | (1,786) | 3,076 | 1,290 |
| Other divisions of loss | 1,786 | (1,786) | - |
| Amount due to members | | 1,290 | |
| Amount due from members | | - | |
| Balance at 31 January 2020 | - | 1,290 | 1,290 |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**RECONCILIATION OF MEMBERS' INTERESTS**
**FOR THE YEAR ENDED 31 JANUARY 2020**

| | EQUITY Members' other interests | DEBT Loans and other debts due to members less any amounts due from members in debtors | TOTAL MEMBERS' INTERESTS |
|---|---|---|---|
| | **Other reserves** | **Other amounts** | **Total** |
| | **£** | **£** | **£** |
| Amount due to members | | 2,637 | |
| Amount due from members | | - | |
| Balance at 1 February 2018 | - | 2,637 | 2,637 |
| Profit for the financial year available for discretionary division among members | - | - | - |
| Members' interests after profit for the year | - | 2,637 | 2,637 |
| Introduced by members | - | 1,047,644 | 1,047,644 |
| Drawings | - | (1,047,205) | (1,047,205) |
| Amount due to members | | 3,076 | |
| Amount due from members | | - | |
| Balance at 31 January 2019 | - | 3,076 | 3,076 |

The notes form part of these financial statements

**EMPEROR GLOBAL ENTERPRISES LLP (REGISTERED NUMBER: OC382001)**

**NOTES TO THE FINANCIAL STATEMENTS - continued**
**FOR THE YEAR ENDED 31 JANUARY 2020**

1.    **STATUTORY INFORMATION**

Emperor Global Enterprises LLP is registered in England and Wales. The LLP's registered number and registered office address can be found on the General Information page.

2.    **ACCOUNTING POLICIES**

**Basis of preparing the financial statements**
These financial statements have been prepared in accordance with Financial Reporting Standard 102 "The Financial Reporting Standard applicable in the UK and Republic of Ireland" including the provisions of Section 1A "Small Entities" and the requirements of the Statement of Recommended Practice, Accounting by Limited Liability Partnerships. The financial statements have been prepared under the historical cost convention.

3.    **EMPLOYEE INFORMATION**

There were no staff costs for the year ended 31 January 2020 nor for the year ended 31 January 2019.

The average number of employees during the year was 2 (2019 - NIL ) .

There are no employees during either the current or last year.

4.    **INFORMATION IN RELATION TO MEMBERS**

|  | 31.1.20 | 31.1.19 |
|---|---|---|
| The average number of members during the year was | 2 | 2 |

5.    **LOANS AND OTHER DEBTS DUE TO MEMBERS**

Loans and other debts due to members are unsecured and rank equally with debts due to other unsecured creditors in a winding up.

6.    **ULTIMATE CONTROLLING PARTY**

There is no overall control of the LLP by any one individual person.

This document was delivered using electronic communications and authenticated in accordance with the registrar's rules relating to electronic form, authentication and manner of delivery under section 1072 of the Companies Act 2006.