# EXHIBIT "G"

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

THIS **EXCLUSIVE JOINT VENTURE AGREEMENT** (hereinafter referred to as the "**Agreement**") is made and entered into April 20, 2017 and executed under the following terms and conditions **BETWEEN**:

EMPEROR GLOBAL ENTERPRISES, LLP, and/or ASSIGNEES, an English Limited Liability Partnership Company duly organized and in good standing by its Chief Executive Officer Michael P. Michael, whose registered company offices are located at International House, 24 Holborn Viaduct, CITY OF LONDON, London EC1A 2BN, United Kingdom and also having a company mailing address located at: BM EMPEROR London WC1N 3XX UK, (hereinafter referred to as "**EGE**").

AND:

CLEARVIEW INVESTMENTS LLC and/or ASSIGNEES, a USA Limited Liability Company duly organized and in good standing by its managing partner Brenda Smith, whose business offices and mailing address are located at 200 Four Falls  Ste 211 Conshohocken, Pennsylvania, 19428, United States of America (hereinafter referred to as ("**CILLC**").

In addition, EGE and/or CILLC are sometimes hereafter referred to individually as a "Party", or collectively referred to as the "Parties".

In addition, **EGE** and/or **CILLC** are sometimes hereafter referred to individually as a "Party", or collectively referred to as the "Parties".

## R E C I T A L S

**A.**    **WHEREAS** CILLC explicitly represents to EGE that CILLC needs financial services to support various transactions, including projects and investment programs that will include, but are not limited to, large construction and development projects and other investments where CILLC will provide funds to support those transactions.

**B.**    **WHEREAS** CILLC represents that it wishes retain EGE exclusively to represent, negotiate, secure, complete, conclude, expedite and consummate any and all negotiations for projects and investment programs on behalf of CILLC for the cash funds that CILLC has that are in the amount of FIVE HUNDRED THOUSAND EUROS (€500K) for any transaction that EGE will provide pursuant to this Agreement.

**C.**    **WHEREAS** CILLC represent s that it will provide EGE with cash funds in the amount of FIVE HUNDRED THOUSAND EUROS (€500K) to support various transactions, including projects and investment programs which will include, but are not limited to, large construction and development projects and other investment programs.

**D.**    **WHEREAS** EGE and CILLC explicitly represent that this Joint Venture Agreement will supersede any representations and any other agreement that was signed by and between EGE and CILLC.

**E.**    **WHEREAS** EGE and CILLC represent that any and all payments made to EGE and CILLC from any all transactions hereunder, which will include, but is not limited to Monetary High Yield Program and/or other, will be deposited in a Paymaster account that is explicitly specified and defined in sections "8" and "9"" hereunder and also throughout the Paymaster/Trustee Agreements and Paymaster Coordinates that are specified in Exhibit "A" of this Agreement

Initials EGE:                              Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**F.**    **WHEREAS** EGE and CILLC warrant and assure that EGE and CILLC will not at any time authorize any payment(s) to be made to any Third Party prior to EGE and CILLC receiving full payment directly of each of the monetary payment percentages that are explicitly specified in sections "9" and "10" and also in the Paymaster/Trustee Agreements and Paymaster/Trustee Coordinates that are specified in Exhibit "A" of this Agreement hereunder and from any and all transactions hereunder which will include, but is not limited to, income from any Monetary High Yield Program and large construction and development projects etc. In addition to this EGE'S and CILLC'S monetary payments percentages that are specified in sections "8" and "9" hereunder and also in the Paymaster/Trustee Agreements and Paymaster Coordinates that are specified in Exhibit "A" of this Agreement will be solely paid into each of EGE and CILLC'S Corporation, Trust and Foundation bank accounts.

**G.**    **WHEREAS** EGE and CILLC warrant and assure that EGE and CILLC will not at any time instruct or direct any monetary any payment from any Monetary High Yield Programs, Bank(s), Paymaster(s), Trust(s), Attorney(s), Foundation(s), Principals and any of their officers, employees and or any Person, Firm, Corporation, Limited Companies and/or any other entity, to change at any time, any of the transaction payment disbursement codes/coordinates for any payments that will be made to EGE and CILLC that are specified and defined in this Agreement.

**NOW THEREFORE**, in consideration of the above, and the mutual covenants and obligations set forth below EGE and CILLC agree as follows:

**1.**    **Purpose.**

a)    EGE and CILLC agree that the purpose of this Agreement is to effectuate a profitable relationship wherein the Parties will exercise the highest degree of business acumen, integrity, and transparency, with the ultimate and main purpose being to combine the Parties' expertise and capabilities in their respective fields for the purpose of proceeding in the endeavors set forth in this Agreement.

b)    EGE and CILLC agree that the further purpose of this Agreement is to fully authorize and grant EGE the sole exclusive right to solely represent, negotiate, secure, complete, conclude, expedite and complete any and all business deals/negotiations and aspects on behalf of CILLC for the FIVE HUNDRED THOUSAND CASH FUNDS (€500K) investment that is specified hereunder and any other financial services, including but not limited to investing the aforementioned funds into a Monetary High Yield Program(s) and other.

c)    EGE and CILLC agree to enter into this Agreement by opening multiple entities that are specified hereunder and also bank accounts for such entities for the purpose of using funds that will be deposited in the aforementioned entities which will be on deposit for the purpose of funding large construction Developm█████████ ███ ███ ████ ████ ████ ██████ ████ ██████ ██████.



 

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**3.**     **Representation.**

EGE explicitly represents, warrants, assures, declares, confirms and covenants that EGE will use its best efforts to provide CILLC with the following services:

a)     EGE will use its best efforts to Assist CILLC to use the "ASSET that is specified in section "4" hereunder to procure suitable Financial Instrument(s) when required for investments.

b)     EGE will use its best efforts to provide guidance and recommendations to CILLC and expedite mutually beneficial financial transactions, such as investing the Monetary Fund's that are specified in section "4" hereunder into Monetary High Yield Programs and the monetization of Financial Instruments and other.

**4.**     **Asset.**

a)     CILLC warrants, assures hereunder that for the term of this Agreement and for any extension(s) of this Agreement, CILLC has retained the services of EGE via this Agreement to assist CILLC via EGE'S organization to invest the amount of FIVE HUNDRED THOUSAND EUROS (€500K) (hereinafter referred to as the "**the ASSET**") for the purpose of investing the funds to provide funding for development projects that include but not limited to, investments in large construction and development projects and Monetary High Yield Programs.

b)     CILLC explicitly represents, warrants, assures, declares, confirms and covenants to EGE that CILLC will provide any and all required documents of ownership of the funds  to EGE as Exhibits to this Agreement that validate the amount of FIVE HUNDRED THOUSAND EUROS (€500K) that is specified in this section (Section 4).

c)     CILLC will provide EGE with an executed Ready, Willing and Able letter (hereinafter referenced as the "**RWA letter**") attesting to CILLC's complete and unrestricted control of the amount of FIVE HUNDRED THOUSAND EUROS (€500K).  The RWA letter provided by CILLC will be attached to this Agreement as Exhibit "D".

**5.**     **Authorization**

a)     CILLC warrants, assures hereunder that CILLC authorizes and grants EGE the sole exclusive and absolute, right to represent, negotiate, secure, complete, expedite and consummate any and all aspects of any and all business transactions on behalf of CILLC the amount of FIVE HUNDRED THOUSAND EUROS (€500K)CILLC in large construction and development projects and use its best to provide Monetary High Yield Programs and other financial services as required.

b)     CILLC     agrees that CILLC will complete and provide (i) Customer Information Summary ("CIS"), (ii) Provide all required ASSET documents and any other standard industry compliance documents that EGE will require for the transaction(s) that CILLC will enter into with EGE pursuant to this Joint Venture Agreement (JVA) hereunder.

**6.**     **Exclusive Negotiation for Transactions.**

a)     CILLC grants EGE the right to exclusively and fully represent and use its best efforts to negotiate all business aspects on behalf of CILLC for all transactions that the ASSET specified in section "4" will be used to fund Development Projects that will include but not limited to large construction and development projects, and any High Yield Programs and Financial Instruments directly with any Person, Firm, Limited Company, Banks, or other entities for the term of this Agreement and any extension(s) of this Agreement.

Initials EGE:   M.M .                                          Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

b)      CILLC warrants that it will provide EGE an authorization to verify the FIVE HUNDRED THOUSAND (€500K) cash funds that CILLC has warranted that it owns and is specified in section "4" hereunder that will be required for any and all transaction negotiations during the entire term of this Agreement and during the entire term of any kind of extensions of this Agreement

c)      CILLC explicitly represents, warrants, assures, declares, confirms and covenants that CILLC is obligated to fully enforce the rights that CILLC has granted to EGE throughout this section (Section 6) hereunder.

**7.      Agreements and Documents.**

a)      EGE and CILLC  warrant assure and covenant that upon receipt of any kind of Agreement(s) which will include, but is not limited to, (i) Asset Monetization Agreements, (ii) Fee Agreements, (iii) Financial Instrument Agreements, (iv) Escrow Agreements, (v) Paymaster Agreements, (vi) Paymaster Payment Coordinate Information, (vii) Banking Coordinate Information, (viii) Compliance Forms, (ix) Customer Information Summaries, (x) Investment Agreements and/or any other document that will be provided by any Person, Firm, Corporation, Limited Company, Wealth Management Companies, Banks, Financial Instrument Entities and/or any other entity for the purpose of entering investments into Large Construction or Development Projects, or any High Yield Programs, or any other transaction pursuant to this Agreement hereunder. In addition to this EGE and CILLC further warrant, assure and covenant that upon receipt of any and all of the aforementioned documents specified herein EGE and CILLC will provide each other copies of all such agreements and information.

b)      EGE and CILLC warrant, assure and covenant that upon receipt of any and all agreements (which will include, but is not limited to, any High Yield Program agreements) EGE and CILLC will include in detail any and all of the compensation stipulations and payment disbursement procedures that are specified in Section 9 (Compensation) and Section 10 (Paymaster/Trustee) of this Agreement, in all agreements for any transactions that CILLC enters into pursuant to this Agreement hereunder.

c)      CILLC warrants, assures and covenants that CILLC after review and approval will sign the specified investment agreement(s) (which will include, but is not limited to, any Asset Monetization Agreements and High Yield Program Agreements) only with the inclusion of any and all of the compensation stipulations and payment disbursement procedures that are specified in Section "7" (Compensation) and Section "8" (Paymaster/Trustee) for the term of this Agreement and any extension(s) of this Agreement.

d)      EGE and CILLC represent, warrant, assure, declare, confirm and covenant that upon receipt of any and all investment agreements (which will include, but is not limited to, any Asset Monetization Agreements and High Yield Program Agreements), each Party will provide each other fully executed signed copies of any and all such agreements that will include the compensation stipulations and payment disbursement procedures in Section 9 (Compensation) and Section 10 (Paymaster/Trustee) of this Agreement.

e)      EGE and CILLC warrant,  assure,  and covenants that upon receipt of any and all investment agreements (which will include, but is not limited to, any Asset Monetization Agreements and High Yield Program Agreements) or other related agreements, EGE and CILLC will provide copies of any and all such agreements that are specified in this section (section "7").

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.                                          Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

    f)    EGE and CILLC warrant and covenant that EGE and CILLC are obligated to fully execute and sign any and all documents and/or instruments necessary or desirable to effectuate the rights that the Parties have granted to each other and the obligations that EGE and CILLC are bound by and are specified in this section (Section 7) that will enable EGE and CILLC in this section (Section 7) to execute their rights hereunder to the fullest effect possible.

    **8.**    **Compensation.**

    a)    EGE and CILLC warrant, assure and covenant that any and all monetary payments, including any payments from any transaction from any High Yield Program Agreements will be made solely and exclusively under this section (Section "8" Compensation) and also Section "9" (Paymaster/Trustee) of this Agreement.

    b)    EGE and CILLC warrants, assures and covenants that upon receipt of any and all investment and any High Yield Program Agreement(s) EGE and CILLC will be obligated to include all of the compensation stipulations and payment disbursement procedures that are explicitly specified in this section (Section "8" Compensation) and Section "9" (Paymaster/Trustee) of this Agreement in any investment High Yield Program Agreement(s) and any other transaction that EGE will enter into during the entire term of this Agreement and also during the entire term of any extension(s) of this Agreement.

    c)    EGE will have the sole exclusive and absolute right to be paid NINETY (90%) percent net from any and all payments made from any transaction pursuant to this Agreement (which will include, but is not limited, to any High Yield Program Agreements) during the entire term of this Agreement and during the entire term of any extension(s) of this Agreement.

    d)    CILLC has the sole exclusive absolute right to be paid TEN (10%) percent net from any and all payments made from any transaction pursuant to this Agreement (which will include, but is not limited to, any High Yield Program Agreements) during the term of this Agreement and any extension(s) of this Agreement.

    e)    Each of the Parties net profits that are specified in this section (section "8") and in section nine ("9") will not have any deductions made at any time for any of the expenses that are specified in section "16" hereunder of this Joint Venture Agreement

    f)    EGE and CILLC warrant, assure and covenant, and are irrevocably obligated that any and all monetary payments made to EGE and CILLC from any transaction (which will include, but is not limited to, any and all investment High Yield Programs) will be deposited either in the Paymaster/Trustee account as specified and defined in Section "9" of this Agreement.

    g)    EGE and CILLC warrant, assure and covenant that the procedure(s) for the allocation and distribution of all compensation, compensation stipulations and payment disbursements, as set forth in this section (Section 8 Compensation) and also in Section 9 (Paymaster/Trustee) is to remain in full force for the entire term of this Agreement and for the entire term of any extension(s) of this Agreement.

    h)    EGE and CILLC warrant, assure and covenant that they are irrevocably obligated to fully execute and sign any and all documents and/or instruments necessary or desirable to effectuate the rights that the Parties have granted to each other and the obligations that EGE and CILLC are bound by in this section (Section "8") will enable all Parties in this section (Section 9) to execute their rights to the fullest effect possible.

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**9.    Paymaster/Trustee.**

EGE and CILLC warrant and assure and covenant that they will each be bound by the following obligations:

a)    EGE and CILLC warrant, assure and covenant that EGE and CILLC will close any and all transactions and exclusively use EGE'S Paymaster/Trustee who will serve as Paymaster/Trustee and utilize its Paymaster Trust account for payments of proceeds that will be paid to EGE and CILLC pursuant to the terms and conditions that are specified in this section "9" (Paymaster/Trustee) and Exhibit "A" (Joint Venture Paymaster Agreement) for the entire term of this Agreement and for the entire term of any extensions to this Agreement hereunder.

b)    EGE warrants, assures and covenants that EGE will instruct any and all High Yield Program payer to disburse into the EGE Trustee/Paymaster account on a monthly basis any and all gross revenues that are generated and earned from any Monetary High Program and/or any other transaction for the term of this Agreement and any extension(s) of this Agreement.

c)    EGE and CILLC warrant assure and covenant that any and all Paymaster/Trustee fees that will be paid to the Paymaster/Trustee hereunder will be a minimum of one ("1") percent and/or no more than a maximum of Two ("2") percent prior to the Paymaster/Trustee disbursing to EGE and CILLC'S each of their monetary percentages that are specified in this section (section"9") and in section "8" hereunder from the transactions payments completed pursuant to this Agreement.

d)    EGE and CILLC warrant assure and covenant that EGE and CILLC will each pay individually for their own attorney's fees for preparing any agreements for any transaction pursuant to this Agreement.

e)    EGE and CILLC represent, warrant, assure, declare, confirm and covenant that after the Trustee/Paymaster, attorney, fees are paid EGE and CILLC will have the exclusive right to be paid and disbursed any and all of their transaction proceeds directly from the Paymaster/Trustee in the following way:

(i)    EGE has the sole exclusive and absolute right to irrevocably be paid NINETY (90%) percent of any and all gross revenues from any and all High Yield Programs or any other transaction that will take place hereunder after the Paymaster/Trustee and Attorneys fees that are specified in paragraph "C" and "D" of this section (section "9") have been deducted.

(ii)    EGE has the sole exclusive and absolute right to irrevocably be paid TEN (10%) percent of any and all gross revenues from any and all High Yield Programs or any other transaction that will take place hereunder after the Paymaster/Trustee and Attorneys fees that are specified in paragraph "C" and "D" of this section (section "9") have been deducted.

(iii)    EGE and CILLC warrant assure and covenant that the Trustee/Paymaster that will be solely used to disburse any and all payments to EGE and CILLC will be the Paymaster/Trustee that is specified in paragraph "A" of this section (section "9") hereunder.

f)    EGE and CILLC represent, warrant, assure, declare, confirm and covenant that EGE and CILLC are irrevocably obligated to provide any and all, Paymasters/Trustee, Banks, Financial Institutions and/or other payers closing and disbursement instructions consistent with the provisions set forth in this section (Section "9").

Initials EGE: MM .                              Initials CILLC  BAS

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

g)    EGE and CILLC warrant assure and covenant that each Party is obligated to fully execute and sign any and all documents and/or instruments necessary or desirable to effectuate the rights that each Party has granted to each other to execute their rights the fullest effect possible and the obligations specified in this section (Section "9").

**10.    Transaction Codes.**

CILLC represents, warrants, assures, and covenants that CILLC does not have the right in any way or form at any time, during the term of this Agreement and any extension(s) to this Agreement, to authorize, instruct or direct any investment recipient, buyer of assets, Platform Trade Program Officers and/or any of its associates, Banks, Paymaster(s), Trust(s), Attorney(s), Foundation(s) Principals and any of their officers, employees and/or any Person, Firm, Corporation, Limited Companies, to change any of the transaction codes of this Agreement hereunder and any of the payment disbursement terms and conditions that are specified hereunder, which will include, but is not limited to, any High Yield Program, for any payments that will be made to EGE and CILLC that are specified and defined in the Sections "8" and "9" of this Agreement.

**11.    Business Activities.**

a)    CILLC hereby appoints EGE as its advisor for purpose of EGE exercising the foregoing power, authority and other obligations under this Agreement. EGE is hereby fully empowered to: (i) act individually as the sole representative of the Agreement, (ii) negotiate and implement all necessary documents on behalf of the Agreement in connection with various financial transactions and asset management contracts (iii) negotiate financial or deposit contracts with selected sources and Banks with respect to this Agreement for the best interest of the Agreement after first consulting and then collectively approving the aforementioned with CILLC..

b)    EGE shall have full power and authority to supervise and direct the Investment Funds, including the power to monetize and authority via its resources to monetize any Asset that will be used hereunder for the purpose of funding CILLC'S Development Projects and Humanitarian Projects after consultation with CILLC.

**12.    Entities.**

CILLC explicitly acknowledges and understands that to enter and execute such a large high level business venture that is specified hereunder a Corporation, Trust and Foundation shall be formed in CILLC'S name and authorizes EGE to form the entities specified herein in the following way:

a)    Formation of Entities. CILLC warrants that it will retain the services of EGE'S organization and grants EGE the sole exclusive and absolute right to form a Corporation, Trust and Foundation on behalf of CILLC that will be legally registered in a tax friendly territory that will be designated and approved by EGE. (EGE will consult with CILLC prior to the formation of the aforementioned entities specified herein).

b)    Ownership of Entities. EGE and CILLC explicitly agree that CILLC will have one hundred (100%) percent sole ownership of the one hundred (100%) percent shares of the Corporation, Trust and Foundation that EGE will form on behalf of CILLC in one of the tax friendly territories that will be allocated EGE hereunder.

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.                                    Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

c)    <u>Payments from Entities.</u> CILLC will have the sole exclusive right to be paid one hundred (100%) percent from any and all profits from the Corporation, Trust and be paid in accordance to the bylaws of the Foundation that will be formed that is specified in paragraph ("A") of this section (section "12").

d)    <u>Documents.</u> EGE agrees that it will provide CILLC copies of all documents of the formation of new formation of the entities that are specified in paragraph "A" of this section (section "12") hereunder.

e)    <u>Transactions.</u> CILLC warrants, assures and covenants that any and all transactions implemented by their new entities formed that are specified in paragraph "A" of this section (section "12") hereunder will include, but is not limited to Monetary High Yield Programs and other investment transactions that EGE'S organization shall provide.

f)    <u>Corporate Resolution.</u> CILLC warrants, assures and covenants that it will be obligated to consult with EGE in the event that EGE will provide CLLC any additional transactions and if both Parties agree to enter into such transactions CILLC will make EGE an officer in either the Corporation, Trust and Foundation that will be formed and provide a corporate resolution that will authorize EGE to represent and enter into transactions on behalf of the aforementioned Corporation, Trust and Foundation that are specified in paragraph "A" of this section (section "12") hereunder. In addition to this if CILLC and EGE do not agree to enter into additional transactions that EGE will provide after they consult CILLC will not be obligated to make EGE an officer of the aforementioned entities or issue a Corporate Resolution from the Corporation, Trust and Foundation specified herein. Further EGE agrees that it will not have any ownership or control of the Corporation, Trust and Foundation specified herein.

g)    <u>Documents and Instruments.</u> EGE and CILLC warrant, assure and covenant that they are obligated to execute and sign any and all documents and/or instruments necessary or desirable to effectuate the rights specified in this section (Section "12") hereunder that will enable both EGE and CILLC to execute their rights to the fullest effect possible.

**13.    <u>Bank Accounts.</u>**

a)    EGE and CILLC warrant, assure and covenant that multiple bank accounts will be opened by CILLC under their new Corporation, Trust and Foundation for the purpose of the proceeds generated from the transaction hereunder transferred into such accounts that will be used for the funding of CILLC'S Development Projects and Humanitarian Projects. In addition to this EGE will use its best efforts to assist CILLC to open the aforementioned bank accounts in tax friendly territories that are specified in this section (section "13") that will be required.

b)    <u>Revenue Bank Deposits.</u> EGE and CILLC covenant that any and all CILLC proceed percentages that are specified in section "8" and "9" from any Monetary High Yield Program transactions and also any other transaction(s) that will take place hereunder will be transferred via wire, deposit and/or other means into the new Corporation, Trust and Foundation accounts.

c)    <u>Bank Accounts Exhibits and other.</u> CILLC warrant, assure that CILLC will provide documents as Exhibits in writing from the banks that will be added to this Agreement as Exhibit "C" for each and every Bank Account, Paymaster Account and/or any other entity that will be opened by the new Corporation, Trust and Foundation.

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.                                          Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

d)    Documents and Instruments. EGE and CILLC fully warrant, assure and covenant that they  are obligated to fully execute and sign any and all documents and/or instruments necessary or desirable to effectuate the rights specified in this section ("Section 13") that will enable EGE and CILLC in this section (Section 13) to each execute their rights to the fullest effect possible.

**14.**    **Additional Services.**

CILLC acknowledges and understands that it has undertaken the development of a large number of Projects that require substantial monetary investments that will generate extremely high revenues and to execute such high level business will require professional management of the monetary assets of such transactions and therefore CILLC agrees to retain the services of EGE organization under this Joint Venture Agreement to assist CILLC'S in the Asset Project Management, which services are as follows

a)    Assist CILLC to invest and monetize Cash Funds, Financial Instrument(s) and Gold Bullion Asset(s) etc when required into Monetary Structured Private Opportunities.

b)    Provide guidance, recommendations, and expedite mutual beneficial financial transactions, such as the investing of (i) monetary asset(s), (ii) High Yield Programs (iii) Multiple Monetary Banking Instruments for Buy and Sell Trade contracts, (iv) Development Projects, (v) Monetization of Gold Bullion, (vi) Humanitarian Projects, (v) Acquisitions.

c)    Formation of Corporation(s), Trust(s), Foundation(s) in tax and banking friendly territories.

d)    Banking Services etc: (ii)    Investment Accounts, (ii) Trade Accounts, (iii) Profit Holding Accounts.

e)    Paymaster Monetary Transfer Accounts.

f)    Monetary Management Engineering.

g)    Project Advisory and Management

h)    Accountancy.

i)    Taxation.

j)    Legal and Administration.

k)    Compliance.

l)    Infrastructures

m)    Worldwide Territories

n)    EGE and CILLC agree that any and all of the listed services that are specified in paragraphs "A" to "M" of this section (section"17") hereunder will only be provided by EGE solely upon written prior approval by EGE and CILLC.

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.                    Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**15.**    **Assignment of Instruments.**

EGE and CILLC agree that during the term of this Agreement and any extension(s) of this Agreement, if any transaction(s) and/or agreement(s) being negotiated and/or procured by EGE and CILLC for any investment, Monetary High Yield Program and/or other transaction and the Monetary High Yield Program and/or another transaction requires the new Corporation, Trust and Foundation specified in Section "12" to sign any assignment instrument, CILLC agrees that the new Corporation Trust and Foundation will only sign such assignment instruments if the terms and conditions have been collectively approved, accepted and authorized by written authorization by EGE and CILLC.

**16.**    **Expenses.**

a)    CILLC acknowledges that to enter and execute such a large high level business venture that is specified hereunder a Corporation, Trust and Foundation must be formed in CILLC'S name and will require substantial effort and investment of time and costs by EGE to form the Corporation, Trust and Foundation on CILLC'S behalf where this will preclude EGE from using its time and resources to work on other very profitable business for other clients and therefore CILLC warrants, assures and covenants that CILLC will pay EGE any and all monetary costs to retain the services of EGE'S organization and also all of the monetary costs for the formation of the Corporation, Trust and Foundation that EGE will require which will be in the monetary amounts that are specified in paragraph "B" of this section (section "") hereunder as a condition for EGE to agree to engage in the transaction specified hereunder.

b)    EGE and CILLC agree that CILLC will make a payment of THREE HUNDRED AND FIFTY THOUSAND STERLING POUNDS (£350K) to EGE no later than two (3) banking days after the signing of this Joint Venture Agreement (JVA) by and between EGE and CILLC.

c)    CILLC explicitly acknowledges, understands and warrants assures and covenants that any and all monetary payments that are specified in paragraph "B" of this section (section "16") will not at anytime be refunded to Clearview Investments LLC and/or any of its other companies that CILLC owns that includes but is not limited to any partnerships or any other entities by EGE.

d)    Clearview Investments LLC represent warrant assure, declare, confirms and covenant to hold EGE harmless of any kind of payments that Clearview Investments LLC made to EGE that are specified in paragraph "B" of this section (section "16").

e)    Clearview Investments LLC will not be entitled to seek any kind of payment that it has made to EGE in this section hereunder, In addition to this Clearview Investments LLC warrants, assures and covenants that Clearview Investments LLC will not be entitled to seek any kind of expenses, damages remedies, penalties, claims, actions, proceedings, suits including any and all legal fees incurred in lieu of the recovery of any and all such payments.

**17.**    **Communication.**

EGE and CILLC and any of their representatives are obligated to make all communications to each other under this Agreement specifically by written correspondence and/or verbal, which correspondence will include but is not limited to, conferences, negotiations and terms and conditions of all aspects of any transaction(s), which communication will be exclusively to the following Parties: (i) EMPEROR GLOBAL ENTERPRISES LLP, Tel: 1856 690 9095 / +44 7944679123, E-Mail: mike@EGEglobalenterprises.com; and (ii) CLEARVIEW INVESTMENTS LL , Tel: +1610 862 0880, Fax +1484 351 8093, E-Mail: bsmith@cvinv.com

Initials EGE: ⟨signature⟩    Initials CILLC ⟨signature⟩

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**18.**     **Taxes.**

     EGE and CILLC agree that each Party is individually and/or corporately responsible for any and all taxes from any country, state or otherwise that might be owed or assessed to it. Each Party agrees to hold the other Party harmless from any collection process of any said taxes.

**19.**     **Currency.**

     EGE and CILLC have the unrestricted right to be paid any and all fees, compensation, transaction fees, expenses, costs and any other monetary entitlements from any transactions solely in EUROS, $USD or Sterling Pounds currency or other if necessary.

**20.**     **Non-Circumvention.**

     a)      EGE and CILLC agree that they will not at any time have the right to circumvent nor attempt to circumvent each other by directly arranging any monetary facility for any transaction completed pursuant to this Agreement. In addition to this EGE and CILLC warrant and assure and covenant that they will not close any transaction unless EGE and CILLC are each paid their full percentage payments that are specified in sections "8" ("Compensation") and "9" (Paymaster/Trustee) hereunder at any and all of the closing(s) of such transaction(s) during the entire term of this Agreement and during the entire term of any kind of extension to this Agreement hereunder.

     b)      CILLC will not solicit or accept any additional business, or arrange any financing, for any project from EGE'S partners and/or network of associates with the sole written prior approval of EGE and unless EGE is a full partner in any and all such proposed transaction(s). In addition, if such transaction(s) takes place without EGE CILLC will be obligated to fully compensate EGE any and all of its monetary percentages that are specified in Sections "8" (Compensation) and "9" (Paymaster/Trustee) of this Agreement hereunder.

**21.**     **Representations, Warranties and Covenants.**

     EGE and CILLC represent, warrant, assure and covenant that:

     a)      EGE and CILLC are free to enter into this Agreement and have not heretofore and will not hereafter enter into any contract, agreement or understanding, whether oral or written, which conflicts in any material respect with the provisions hereof or which purports to grant similar or conflicting rights to any Person, Firm, Corporation, Limited Company, Platform Trade Program or entity in any way or form regarding CILLC'S "ASSET which would or might interfere with full and complete performance, or the free and unimpaired exercise of, any of the rights granted to EGE and CILLC under this Agreement.

     b)      EGE and CILLC warrants and assures that there are no claims pending or threatened, or any litigation affecting either of the Parties herein which would or might interfere with the full and complete exercise or enjoyment by EGE and CILLC of any rights granted pursuant to this Agreement.

     c)      EGE and CILLC have not executed any contract or similar instrument (nor have any oral understanding) which conflicts with the provisions of this Agreement, or which purports to grant anyone else conflicting rights or any rights which would interfere with the full and complete performance of the obligations of each of the Parties or the free and unimpaired exercise by either Party of any of the rights granted in this Agreement.

     d)      EGE and CILLC will comply with all of their obligations and will perform to the best of their ability. EGE and CILLC further agree to deal in good faith with regard to other issues which may arise during the Term of this Agreement and any extension(s) of this Agreement.

Initials EGE: ____                    Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**22.    Legal Counsel/ Advisor Review and Translation of This Agreement**

a)    EGE and CILLC represents, warrants, assures, declares, confirms and covenants that prior to signing this Agreement, they each (i) have been provided with a copy of this Agreement; (ii) have had this Agreement translated into their native language; and (iii) have a complete and absolute explicit understanding of the Agreement.

b)    EGE and CILLC represents, warrants, assures, declares, confirms and covenants that they each have had their independent counsel and/or advisers (i) explicitly and specifically read the Agreement to each of the Parties in their native language; (ii) explicitly and specifically explained the implications of the commercial relationship between both EGE and CILLC in their native language; and (iii) explicitly and specifically answered any questions that each Party had with respect to the terms and conditions of this Agreement and each Party's respective rights and obligations in their native languages.

c)    Based upon the foregoing in this section EGE and CILLC clearly  acknowledge that this Agreement is fair and reasonable and has been read and explained to each Party by independent counsel and/or advisers in their native language and each Party believes that it is in their best interests to enter into this Agreement.

**23.    Attorney Fees.**

EGE and CILLC represent, warrant, assure, confirm, declare and covenant that in the event of a dispute arising under or regarding this Agreement each Party hereunder will be responsible and obligated to pay for their own attorney fees and any all other expenses incurred, whether in arbitration, court and any other or elsewhere.

**24.    Arbitration.**

If any dispute arises between the Parties, then any Party may refer the dispute for mediation or arbitration to be administered by JAMS, the Resolution Experts, through JAMS 555, 13th Street NW Suite 400West Washington, DC, 20004, USA. If mediation is not requested or is unsuccessful, then such dispute will be settled by binding arbitration with a single arbitrator. In making his decision, the arbitrator will issue findings of fact and conclusions of law, as necessary to render his judgment. Judgment on any award rendered by the arbitrator may be entered into any court having competent jurisdiction over the Party against which the judgment will be enforced.

**25.    Non Solicitation.**

CILLC declares that it is fully aware that the information received from EGE is in direct response to CILLC'S request. CILLC understands that the contemplated transactions are investment and financial transactions, including, but not limited to, investments and asset monetization and is in no way relying on or related to the United States Securities Act of 1933, as amended or related regulations, and does not involve the sale of securities. Further, EGE declares that it is not a broker or government employee, and understands that neither is CILLC. EGE and CILLC mutually agree that this transaction is exempt from the Securities Act, and not intended for the general public, and all materials are for private use only.

**26.    Third Parties.**

EGE and CILLC represent warrant, assure and covenant that there will be no third Parties to this Agreement or any extension(s) to this Agreement.

*{Remainder of page intentionally left blank}*

Initials EGE: ꟿꟿ

Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**27.**    **Force Majeure.**

The Parties to this Agreement shall not be considered to be in default in the execution of their respective obligations herein imposed, as long as such execution is delayed, withheld or refrained due to acts beyond the control of the Parties which could not have been reasonably foreseen, including without limitation, acts of God, acts of war (declared or not), strikes, partial or total business stoppages, fire, riot, and/or intervention by any civil or military authorities.

**28.**    **Notices.**

All notices to be sent by a Party to the other Party will be in writing and sent by overnight courier, fax or email at the address, fax number or email address listed below (unless changed by notice of change). The sending Party will obtain and retain written verification of transmission to and receipt by the receiving Party or an authorized agent of the Party.

If intended for EGE, the notice will be addressed to:

**MICHAEL P. MICHAEL:**    EMPERO GLOBAL ENTERPRISES LLP.
International House
24 Holborn Viaduct, CITY OF LONDON
London, EC1A 2BN, United Kingdom
Voice: ++44 7944679123 / +44 207 060 7414
E-Mail: mike@emperorglobalenterprises.com

MAILING ADDRESS:
BM EMPEROR LONDON WC1N 3XX UK,

With copy to:

**JAMES P. MCANDREWS III**    JAMES P. MCANDREWS III ESQ., PLLC
2237 North Trenton Street
Arlington, VA 22207, USA
Voice USA: +1703 975 6230
Fax USA: +1202 905 0719
Email: JPMcAndrewsIII@gmail.com

And if intended for CILLC the notice will be addressed to:

**BRENDA SMITH:**    CLEARVIEW INVESTMENTS LLC.
200 Four Falls Ste 211
Conshohocken, Pennsylvania
19428, United States of America
Voice:    +1610 862 0880
Fax"    +1484 351 8093
E-Mail: bsmith@cvinv.com

Registered Company Address:
200 Four Falls Ste 211
Conshohocken, Pennsylvania
19428, United States of America

Initials EGE: M.M.    Initials CILLC  BS

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**29.    Term.**

a)    EGE and CILLC explicitly represent, warrant, assure, declare, confirm and covenant that the term of this Agreement (hereinafter referred to as **"Term"**) will be irrevocable for such period of time of no less than twelve(12) months and will be extended for a further term of 12.

b)    EGE and CILLC agree that any renewal, extension and rollover of this Agreement will be no less than the same terms and conditions as set forth in this Agreement.

c)    EGE has the sole, exclusive, absolute, unrestricted right to enter into any additional agreements with CILLC for any additional transaction(s) under no less than the same terms, conditions and rights that EGE and CILLC have granted each other in this Agreement hereunder. In addition to this both Parties hereunder agree that the compensation terms of this Agreement will be reviewed and mutually agreed upon to be changed for the benefit of CILLC.

**30.    Termination.**

a)    EGE and CILLC agree that this Agreement shall terminate upon the expiration of the Term as set forth in paragraph "A" of section "29" hereunder.

b)    EGE and CILLC agree that in the event that this Agreement is terminated early or at the expiration of the Term, EGE and CILLC each will have the right to conclude their affairs relating to this Agreement as expeditiously as possible and not in any event to exceed forty ("40") banking days.

c)    In the event that this transaction hereunder does not take place EGE and CILLC agree that this Agreement will be terminated EGE will then transfer via bank wire the amount of FOUR HUNDRED AND THIRTY THOUSAND EUROS (€430K) TO CILLC FROM THE FIVE HUNDRED THOUSAND (€500K) that is specified in section "4" hereunder.

In addition to this EGE further agrees that the FOUR HUNDRED AND THIRTY THOUSAND EUROS (€430K) will be transferred via bank wire to CILLC within forty ("40") banking days in the event that this transaction does not take place. Further EGE and CILLC agree that SEVENTY THOUSAND EUROS (€70K) will be deducted from the FIVE HUNDRED THOUSAND EUROS (€500K) that is specified in section "4" hereunder for EGE'S initial out of pocket costs to engage in this transaction hereunder.

**31.    Breaches and Damages.**

Should either Party hereunder breach and/or circumvent any part of this Agreement, the injured Party will be entitled to reasonable financial compensation that will be solely agreed upon by both Parties hereunder that will be paid to the injured Party had the breaching Party not breached. In addition this each Party hereunder warrants that they will each be responsible and obligated to individually pay without limitation their own costs which will include but is not limited to any and all expenses, damages including, but not limited to, any and all legal fees incurred in lieu of the recovery of such compensation.

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.                          Initials CILLC    PNS

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**32.**    <u>Governing Law: Consent to Jurisdiction and Venue.</u>

EGE and CILLC explicitly represent warrant, assure and covenant to submit to the jurisdiction of the laws of the Commonwealth of Virginia (USA) in the country of the over any action or proceeding arising out of or relating to any controversy, dispute or claim of any nature and for any type of damages arising out of, in connection with or in relation to this Agreement or breach hereof, including, but not limited to, any claim based upon contract, tort or statute. In addition to this EGE and CILLC explicitly represent warrant, assure and covenant that all claims with respect to such action or proceeding will be adjudicated and determined in a court of Virginia and USA law. EGE and CILLC irrevocably consent to the service of any and all process in any such action or proceeding by the mailing of copies of same to each Party at the address specified for the mailing of notices set forth in this Agreement.

In addition EGE and CILLC warrant that they each waive any objection to the venue in the USA to any action or proceeding on the basis that said country is an inconvenient forum. The USA law will be applicable to contracts executed and to be fully performed for this transaction hereunder.

**33.**    <u>Survival of Provisions.</u>

Both Parties hereunder expressly agree that if any provision of this Agreement is held to be invalid, void, or unenforceable, the remaining provisions shall, nevertheless, remain in full force and effect, and shall in no way be affected, impaired, invalidated or terminated.

**34.**    <u>Agreement.</u>

a)    EGE and CILLC explicitly represent, warrant, assure, declare, confirm and covenant that this Joint Venture Agreement hereunder will supersede any and all written agreements, oral agreements and any and all other representations and understandings any and all third parties which will include, but is not limited to, any and all trade agreements and any all prior agreements that where signed by and between EGE and CILLC.

b)    EGE and CILLC explicitly represent, warrant, assure, declare, confirm and covenant that this Joint Venture Agreement will not supersede the Paymaster/Trustee Agreement that was signed by and between EGE and CILLC. In addition to this EGE and CILLC further explicitly represent, warrant, assure, declare, confirm and covenant that what is specified in paragraph "A" of this section (section "34") will not apply to the Paymaster/Trustee Agreement in Exhibit "A" of this Joint venture Agreement hereunder.

**35.**    <u>Construction of Agreement.</u>

Headings are solely for the convenience of the Parties hereunder are not part of the Agreement and in no way define, limit, construe or describe the scope, intent or subject matter of such paragraphs of this Agreement, and they will not be used to interpret this Agreement. This Agreement will not be construed as if it had been prepared by one of the Parties hereunder but rather as if both Parties hereunder have prepared it. As used in this Agreement, the masculine, the feminine and the neuter gender, and the singular or plural number, are deemed to include the others whenever the context so indicates or requires. The language of this Agreement is English, all notices issued pursuant to this Agreement will be in English, and this Agreement will be interpreted solely in English. Any grammatical errors or discrepancies in this Agreement will not be considered as contradictions.

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.                    Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**36.**    **Amendment of Agreement.**

No amendment of, addition to, or modification of this Agreement shall be effective unless the same is in writing and signed by EGE and CILLC.  Any term or provision of this Agreement may be waived in a signed writing at any time by EGE and CILLC provided, however that any waiver shall apply only to the specific event or omission waived and shall not constitute a continuing waiver.

**37.**    **Agreement Not Unconscionable.**

It is agreed by both Parties hereunder that the terms and conditions of this Agreement are not unconscionable to either Party.

**38.**    **Waiver.**

No delay or omission on the part of the Parties in exercising any right pursuant to this Agreement shall operate as a waiver of such right or any other right. A waiver by either Party hereunder of a provision of this Agreement shall not prejudice or constitute a waiver of the Party's right otherwise to demand strict compliance with that provision or any other provision of this Agreement.

**39.**    **Authority and Binding Effect.**

The execution, delivery, and performance of this Agreement by the Parties hereunder have been duly authorized by all necessary action of the respective entities/companies and are enforceable in accordance with their terms. Such execution, delivery, and performance do not require the consent or approval of any other person or governmental agency or authority.  Each signing Party hereunder has the capacity and authority to execute this Agreement.  This Agreement is binding upon each of the Parties herein and is legally enforceable in accordance with its terms.

**40.**    **Assignment and Transfer.**

Neither Party hereunder may assign, directly or indirectly, all or part of its rights or obligations under this Agreement without the prior written consent of the other Party.

**41.**    **Severability.**

If a court of competent jurisdiction finds any provision of this Agreement to be invalid or unenforceable as to any circumstance, such finding shall not render that provision invalid or unenforceable as to any other circumstances. If feasible, any such offending provision shall be deemed modified to be within the limits of enforceability or validity.  However, if the offending provision cannot be so modified, it shall be stricken and all other provisions of this Agreement in all other respects shall remain valid and enforceable.

**42.**    **Other Activities.**

Nothing herein shall prevent either Party hereunder from engaging in any kind of business activities for any of its other clients or other business contacts.

**43.**    **Litigation.**

Each Party hereunder states that there are no lawsuits, proceedings, or governmental investigations pending or threatened against their respective entity.

*{Remainder of page intentionally left blank}*

Initials EGE: _____

Initials CILLC

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**44.  Entire Agreement.**

This Joint Venture Agreement hereunder embodies the whole agreement of the Parties hereunder. There are no promises, terms, conditions, or obligations other than these contained herein. This Agreement supersedes all previous communications, representations and any kind of payments made by and between the EGE and CILLC, with the exception of the Joint Venture Agreement that was signed by EGE and CILLC.

**45.  Successors.**

The terms, conditions and covenants of this Agreement shall be binding and shall inure to the benefit of EGE and CILLC and also EGE and MOHRE heirs, personal representatives, successors or assigns.

**46.  Counterparts.**

EGE and CILLC explicitly agree that this Agreement may be executed in counterparts, and when EGE and CILLC has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Agreement, which shall be binding upon EGE and CILLC.  Facsimile signatures shall be as effective as originals.

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.

Initials CILLC 

# EXCLUSIVE JOINT VENTURE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

*{This page is specifically for the signatures and initials of MICHAEL P. MICHAEL of EMPEROR GLOBAL ENTERPRISES LLP and  BRENDA SMITH of CLEARVIEW INVESTMENTS LLC. who are all specified throughout this Joint Venture Agreement hereunder}.*

### THIS JOINT VENTURE AGREEMENT IS EXECUTED IN DUPLICATE

I, MICHAEL P. MICHAEL have read and accepted the terms and conditions of this entire Joint Venture Agreement as of this date: April 20, 2017.

For and on behalf of **EMPEROR GLOBAL ENTERPRISES LLP**

**Signature** _____          *COMPANY STAMP*
*By: Michael P. Michael (Signature to be only in blue ink)*

**Date:**          April 20, 2017
**Title:**          Chief Executive Officer
**Printed Name:**     Michael P. Michael

I, BRENDA SMITH have read and accepted the terms and conditions of this entire Joint Venture Agreement as of this date: April 20, 2017.

For and on behalf of **CLEARVIEW INVESTMENTS LLC.**

**Signature** _____          *COMPANY STAMP*
*By: Brenda Smith(Signature to be only in blue ink)*

**Date:**          April 20, 2017
**Title:**          Managing Member

**Printed Name:**  Brenda Smith

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.                    Initials CILLC

# EXHIBIT "A"

# EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**THIS EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT** (hereinafter referred to as the "**Agreement**") is made and entered into April 20, 2017 and executed under the following terms and conditions **BETWEEN**:

EMPEROR GLOBAL ENTERPRISES, LLP, and/or ASSIGNEES, an English Limited Liability Partnership Company duly organized and in good standing by its Chief Executive Officer Michael P. Michael, whose registered company offices are located at International House, 24 Holborn Viaduct, CITY OF LONDON, London EC1A 2BN, United Kingdom and also having a company mailing address located at: BM EMPEROR London WC1N 3XX UK, (hereinafter referred to as "**EGE**").

AND:

CLEARVIEW INVESTMENTS LLC and/or ASSIGNEES, a USA Limited Liability Company duly organized and in good standing by its managing partner Brenda Smith, whose business offices and mailing address are located at 200 Four Falls  Ste 211 Conshohocken, Pennsylvania, 19428, United States of America (hereinafter referred to as ("**CILLC**").

In addition, EGE and/or CILLC are sometimes hereafter referred to individually as a "Party", or collectively referred to as the "Parties".

## R E C I T A L S

**A.**    **WHEREAS** EGE and CILLC warrant, assure and covenant that EGE and CILLC will solely use EGE'S Paymaster/Trustee for any and all kind payments specified hereunder  for the entire term of this Agreement and for the entire term of any kind of extension to this agreement hereunder

**B.**    **WHEREAS** EGE and CILLC represent warrant, assure and covenant that EGE and CILLC will fully execute complete any and all of the terms and conditions of this Paymaster/Trustee Agreement for the entire term of this Agreement and for the entire term of any kind of extension to this agreement hereunder.

**C.**    **WHEREAS** CILLC explicitly represents to EGE that it has cash funds of the amount of FIVE HUNDRED THOUSAND EUROS (hereinafter referred to as the "**the ASSET**") and wishes to invest the "ASSET" in transactions with EGE.

**D.**    **WHEREAS** CILLC represents that it wishes retain EGE to solely represent, negotiate, secure, complete, conclude, expedite and consummate any and all business deals/negotiations and all aspects, on behalf of CILLC for its "ASSET" that EGE will provide as specified in this Agreement.

**NOW THEREFORE**, in consideration of the above, and the mutual covenants and obligations set forth below, EGE and CILLC agree as follows:

**1.**    **Emperor Global Enterprises LLP and Clearview Investments LLC.**
    **Paymaster/Trustee Obligations.**

a)    EGE and CILLC represent, warrant, assure, declare, confirm and covenant that EGE will have the sole exclusive right and agree to use EGE'S Paymaster/Trustee for any and all payments that will be made to EGE and CILLC from any transaction during the term of the JVA and any kind of extensions of the term of the JVA that was signed by and between EGE and CILLC and the term of the Paymaster/Trustee Agreement hereunder.

Initials EGE:    M.M.                    Initials CILLC    BrS

# EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

b)      EGE and CILLC will sign a Letter of Disbursement of funds (LODOF) of proceeds that will be added as an addendum to the JVA and the Paymaster/Trustee Agreement hereunder that specifies the entire procedure and payment instructions in section one (1) of this Agreement. In addition to this the LODOF will specify that EGE and CILLC warrant assure and covenant that they will solely use EGE'S Paymaster/Trustee for any and all payments that will be made to EGE and CILLC from the Monetary High Yield Program and other transactions. The Letter of Disbursement of funds will authorize and instruct the Paymaster/Trustee to disburse any and all proceeds that will be paid to EGE and CILLC solely under the terms and conditions of the JVA and the Paymaster/Trustee Agreement that was signed by and between EGE and CILLC.

c)      Notwithstanding anything to contrary in this Agreement, EGE and CILLC represents, warrants, assures, confirms and covenants that EGE and CILLC will be obligated to provide the Paymaster/Trustee any and all transaction codes that are specified in section "10" of JVA that was signed by and between EGE and CILLC and any other additional transaction codes that EGE'S organization may issue hereunder.

d)      CILLC irrevocably agrees that the transaction codes specified in the agreements hereunder and any other documentation from any Person, Firm, Corporation and Limited Company, will be added to Exhibit "A" (Paymaster/Trustee Agreement) of the JVA that was signed by and between EGE and CILLC . Further the transaction codes also will be added to any all other documentation required by EGE and the Paymaster /Trustee for the execution of this Paymaster/Trustee Agreement and for the execution of the JVA that was signed by and between EGE and CILLC.

e)      EGE and CILLC represent warrant, assure and covenant that the disbursements will be made in the following way:

(ii)      Monetary High Yield Program Paymaster/Trustee will solely make payments to EGE and CILLC on a monthly schedule under the terms and conditions of the Joint Venture Agreement and the Paymaster/Trustee Agreement that was signed by and between EGE and CILLC.

(i)      CILLC will be paid TEN percent (10%) of any and all payments made from all Monetary High Yield Programs.

(ii)      EGE will be paid no less than NINETY percent (90%) of any and all payments made from all Monetary High Yield Programs.

(iii)      EGE currently has an account with the Paymaster/Trustee for the purpose of receiving monetary payment disbursements. EGE and CILLC represent warrant, assure and covenant that they will both use EGE'S Paymaster/Trustee account to receive and disburse each of their monetary percentages that are explicitly specified throughout this section (section "E") hereunder for the entire term of this Agreement and for the entire term of any kind of extensions of this Agreement hereunder.

*{Remainder of page intentionally left blank}*

Initials EGE: M.M.                                    Initials CILLC

# EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

f)    EGE will provide the Paymaster /Trustee the fully executed JVA on behalf of EGE and CILLC and any all other required associated documents.

g)    EGE and CILLC will provide the Paymaster/Trustee any and all Monetary High Yield Program transaction code(s) that will be issued and provided hereunder, as specified under the terms and conditions in the Joint Venture Agreement that was signed by and between EGE and CILLC.

h)    EGE and CILLC are obligated to execute and sign any and all documents and/or instruments necessary or desirable to effectuate the rights that each Party has granted to each other and the obligations that they are bound by that are specified throughout Exhibit "A" (the Paymaster/Trustee Agreement) and also specified throughout section "8" and "9" of the Joint Venture Agreement hereunder that was signed by and between EGE and CILLC.

2.    **Term.**

a)    EGE and CILLC explicitly represent, warrant, assure, declare, confirm and covenant that the term of this Agreement (hereinafter referred to as **"Term"**) will be irrevocable for such period of time or no less than twelve(12) months and will be extended for a further term of 12 months.

b)    EGE and CILLC agree that any renewal, extension and rollover of this Agreement will be no less than the same terms and conditions as set forth in this Agreement.

*{Remainder of page intentionally left blank}*

# EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT

Initials EGE: M.M.

Initials CILLC

Proprietary and Confidential Joint Venture Agreement

- 21 -

# TRANSACTION CODE: EGE-CILLC-201703

**3.    Notices.**

All notices to be sent by a Party to the other Party will be in writing and sent by overnight courier, fax or email at the address, fax number or email address listed below (unless changed by notice of change). The sending Party will obtain and retain written verification of transmission to and receipt by the receiving Party or an authorized agent of the Party.

If intended for EGE, the notice will be addressed to:

**MICHAEL P. MICHAEL:**

EMPERO GLOBAL ENTERPRISES LLP.
International House
24 Holborn Viaduct, CITY OF LONDON
London, EC1A 2BN, United Kingdom
Voice:  ++44 7944679123 / +44 207 060 7414
E-Mail: mike@emperorglobalenterprises.com

MAILING ADDRESS:
BM EMPEROR LONDON WC1N 3XX UK,

With copy to:

**JAMES P. MCANDREWS iIl**

JAMES P. MCANDREWS III ESQ., PLLC
2237 North Trenton Street
Arlington, VA, 22207 USA
Voice USA: +1703 975 6230
Fax USA: +1202 905 0719
Email: JMcandrews@JPMIIIesqPPLC.com

And if intended for CILLC the notice will be addressed to:

**BRENDA SMITH:**

CLEARVIEW INVESTMENTS LLC.
200 Four Falls Ste 211
Conshohocken, Pennsylvania
19428, United States of America
Voice:    +1610 862 0880
Fax"      +1484 351 8093
E-Mail:  bsmith@cvinv.com

Registered Company Address:
200 Four Falls Ste 211
Conshohocken, Pennsylvania
19428, United States of America

*{Remainder of page intentionally left blank}*

# EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

Initials EGE: MM

Initials CILLC

Proprietary and Confidential Joint Venture Agreement

- 22 -

4.      __Third Parties.__

EGE and CILLC represent warrant, assure and agree that there will be no third Parties to this Agreement or any extension(s) to this Agreement.

5.      __Attorney Fees.__

EGE and CILLC represent, warrant, assure, confirm, declare and covenant that in the event of a dispute arising under or regarding this Agreement each Party hereunder will be responsible and obligated to pay for their own attorney fees and any all other expenses incurred, whether in arbitration, court and any other or elsewhere.

6.      __Arbitration.__

If any dispute arises between the Parties, then any Party may refer the dispute for mediation or arbitration to be administered by JAMS, the Resolution Experts JAMS 555, 13th Street NW Suite 400West Washington, DC, 20004, USA. If mediation is not requested or is unsuccessful, then such dispute will be settled by binding arbitration with a single arbitrator. In making his decision, the arbitrator will issue findings of fact and conclusions of law, as necessary to render his judgment. Judgment on any award rendered by the arbitrator may be entered into any court having competent jurisdiction over the Party against which the judgment will be enforced.

7.      __Governing Law: Consent to Jurisdiction and Venue.__

EGE and CILLC explicitly represent warrant, assure and covenant to submit to the jurisdiction of the laws of the Commonwealth of Virginia (USA) in the country of the over any action or proceeding arising out of or relating to any controversy, dispute or claim of any nature and for any type of damages arising out of, in connection with or in relation to this Agreement or breach hereof, including, but not limited to, any claim based upon contract, tort or statute. In addition to this EGE and CILLC explicitly represent warrant, assure and covenant that all claims with respect to such action or proceeding will be adjudicated and determined in a court of Virginia and USA law. EGE and CILLC irrevocably consent to the service of any and all process in any such action or proceeding by the mailing of copies of same to each Party at the address specified for the mailing of notices set forth in this Agreement.

In addition EGE and CILLC warrant that they each waive any objection to the venue in the USA to any action or proceeding on the basis that said country is an inconvenient forum. The USA law will be applicable to contracts executed and to be fully performed for this transaction hereunder.

8.      __Breaches and Damages.__

Should either Party breach and/or circumvent any part of this Agreement, the injured Party will be entitled to any and all financial compensation that would have been received by the injured Party had the breaching Party not breached.  In addition this each Party hereunder warrants that they will each be responsible and obligated to pay without limitation, any and all expenses, including, but not limited to, any and all legal fees incurred in lieu of the recovery of such compensation.

9.      __Survival of Provisions.__

EGE and CILLC expressly agree that if any provision of this Agreement is held to be invalid, void, or unenforceable, the remaining provisions shall, nevertheless, remain in full force and effect, and shall in no way be affected, impaired, invalidated or terminated.

*{Remainder of page intentionally left blank}*

# EXCLUSIVE PAYMASTER TRUSTEE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

Initials EGE: MM .                    Initials CILLC  BNS

Proprietary and Confidential Joint Venture Agreement            - 23 -

**10.   Agreement.**

a)     EGE and CILLC explicitly represent, warrant, assure, declare, confirm and covenant that this Paymaster/Trustee Agreement hereunder will supersede any and all written agreements, oral agreements and any and all other representations and understandings any and all third parties which will include, but is not limited to, any and all trade agreements and also any all other prior agreements that where signed by and between EGE and CILLC.

b)     EGE and CILLC explicitly represent, warrant, assure, declare, confirm and covenant that this Paymaster/Trustee Agreement will not supersede the Joint Venture Agreement that was signed by and between EGE and CILLC. In addition to this EGE and CILLC further explicitly represent, warrant, assure, declare, confirm and covenant that what is specified in paragraph "A" of this section (section "10") will not apply to the Paymaster/Trustee Agreement in Exhibit "A" of this Joint venture Agreement hereunder.

**11.   Amendment of Agreement.**

No amendment of, addition to, or modification of this Agreement shall be effective unless the same is in writing and signed by EGE and CILLC. Any term or provision of this Agreement may be waived in a signed writing at any time by EGE and CILLC provided, however that any waiver shall apply only to the specific event or omission waived and shall not constitute a continuing waiver.

**12.   Construction of Agreement.**

Headings are solely for the convenience of the Parties hereunder are not part of the Agreement and in no way define, limit, construe or describe the scope, intent or subject matter of such paragraphs of this Agreement, and they will not be used to interpret this Agreement. This Agreement will not be construed as if it had been prepared by one of the Parties hereunder but rather as if both Parties hereunder have prepared it. As used in this Agreement, the masculine, the feminine and the neuter gender, and the singular or plural number, are be deemed to include the others whenever the context so indicates or requires. The language of this Agreement is English, all notices issued pursuant to this Agreement will be in English, and this Agreement will be interpreted solely in English. Any grammatical errors or discrepancies in this Agreement will not be considered as contradictions.

**13.   Waiver.**

No delay or omission on the part of the Parties in exercising any right pursuant to this Agreement shall operate as a waiver of such right or any other right. A waiver by either Party hereunder of a provision of this Agreement shall not prejudice or constitute a waiver of the Party's right otherwise to demand strict compliance with that provision or any other provision of this Agreement.

**14.   Authority and Binding Effect.**

The execution, delivery, and performance of this Agreement by the Parties hereunder have been duly authorized by all necessary action of the respective entities/companies and are enforceable in accordance with their terms. Such execution, delivery, and performance do not require the consent or approval of any other person or governmental agency or authority. Each signing Party hereunder has the capacity and authority to execute this Agreement. This Agreement is binding upon each of the Parties herein and is legally enforceable in accordance with its terms.

*{Remainder of page intentionally left blank}*

# EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

**15.   Assignment and Transfer.**

Initials EGE: MM                                    Initials CILLC

Neither Party hereunder may assign, directly or indirectly, all or part of its rights or obligations under this Agreement without the prior written consent of the other Party.

**16.** **Severability.**

If a court of competent jurisdiction finds any provision of this Agreement to be invalid or unenforceable as to any circumstance, such finding shall not render that provision invalid or unenforceable as to any other circumstances. If feasible, any such offending provision shall be deemed modified to be within the limits of enforceability or validity. However, if the offending provision cannot be so modified, it shall be stricken and all other provisions of this Agreement in all other respects shall remain valid and enforceable.

**17.** **Other Activities.**

Nothing herein shall prevent either Party hereunder from engaging in any kind of business activities for any of its other clients or other business contacts.

**18.** **Litigation.**

Each Party hereunder states that there are no lawsuits, proceedings, or governmental investigations pending or threatened against their respective entity.

**19.** **Entire Agreement.**

This Paymaster/Trustee Agreement hereunder embodies the whole agreement of the Parties hereunder. There are no promises, terms, conditions, or obligations other than these contained herein. This Agreement supersedes all previous communications, representations and payments by and between the EGE and CILLC, with the exception of the Joint Venture Agreement that was signed by EGE and CILLC.

**20.** **Successors.**

The terms, conditions and covenants of this Agreement shall be binding and shall inure to the benefit of EGE and CILLC and also EGE and MOHRE heirs, personal representatives, successors or assigns.

**21.** **Agreement Not Unconscionable.**

It is agreed by both Parties hereunder that the terms and conditions of this Agreement are not unconscionable to either Party.

**22.** **Counterparts.**

EGE and CILLC explicitly agree that this Agreement may be executed in counterparts, and when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Agreement, which shall be binding upon both EGE and CILLC. Facsimile signatures shall be as effective as originals.

*{Remainder of page intentionally left blank}*

# EXCLUSIVE PAYMASTER AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

### JOINT VENTURE AGREEMENT EXHIBIT

Initials EGE: _MM_

Initials CILLC: _PPS_

Proprietary and Confidential Joint Venture Agreement

- 25 -

<u>**SECTIONS "8" and "9"" TAKEN FROM JOINT VENTURE AGREEMENT**</u>

**(Signed by and between**

**EMPEROR GLOBAL ENTERPRISES LLP and CLEARVIEW INVESTMENTS LLC**

8.    <u>**Compensation.**</u>

a)    EGE and CILLC warrant,  assure and covenant that any and all monetary payments, including any payments from any transaction from any High Yield Program Agreements will be made solely and exclusively under this section (Section "8" Compensation) and also Section "9" (Paymaster/Trustee) of this Agreement.

b)    EGE and CILLC warrants, assures and covenants that upon receipt of any and all investment and any High Yield Program Agreement(s) EGE and CILLC will be obligated to include all of the compensation stipulations and payment disbursement procedures that are explicitly specified in this section (Section "8" Compensation) and Section "9" (Paymaster/Trustee) of this Agreement in any investment High Yield Program Agreement(s) and any other transaction that EGE will enter into during the entire term of this Agreement and also during the entire term of any extension(s) of this Agreement.

c)    EGE will have the sole exclusive and absolute right to be paid NINETY (90%) percent net from any and all payments made from any transaction pursuant to this Agreement (which will include, but is not limited, to any High Yield Program Agreements) during the entire term of this Agreement and during the entire term of any extension(s) of this Agreement.

d)    CILLC has the sole exclusive absolute right to be paid TEN (10%) percent net from any and all payments made from any transaction pursuant to this Agreement (which will include, but is not limited to, any High Yield Program Agreements) during the term of this Agreement and any extension(s) of this Agreement.

e)    Each of the Parties net profits that are specified in section (section "8") and in section nine ("9") will not have any deductions made at any time for any of the expenses that are specified in section "16" hereunder of this Joint Venture Agreement

f)    EGE and CILLC warrant, assure and covenant, and are irrevocably obligated that any and all monetary payments made to EGE and CILLC from any transaction (which will include, but is not limited to, any and all investment High Yield Programs) will be deposited either in the Paymaster/Trustee account as specified and defined in Section "9" of this Agreement.

g)    EGE and CILLC warrant, assure and covenant that the procedure(s) for the allocation and distribution of all compensation, compensation stipulations and payment disbursements, as set forth in this section (Section 8 Compensation) and also in Section 9 (Paymaster/Trustee) is to remain in full force for the entire term of this Agreement and for the entire term of any extension(s) of this Agreement.

h)    EGE and CILLC warrant, assure and covenant that they are irrevocably obligated to fully execute and sign any and all documents and/or instruments necessary or desirable to effectuate the rights that the Parties have granted to each other and the obligations that EGE and CILLC are bound by in this section (Section "8") will enable all Parties in this section (Section 9) to execute their rights to the fullest effect possible.

9.    <u>**Paymaster/Trustee.**</u>

EGE and CILLC warrant and assure and covenant that they will each be bound by the following obligations:

a)    EGE and CILLC warrant, assure and covenant that EGE and CILLC will close any and all transactions and exclusively use EGE'S Paymaster/Trustee who will serve as Paymaster/Trustee and

Initials EGE: _MM_ .                                    Initials CILLC    _____

utilize its Paymaster Trust account for payments of proceeds that will be paid to EGE and CILLC pursuant to the terms and conditions that are specified in this section "9" (Paymaster/Trustee) and Exhibit "A" (Joint Venture Paymaster Agreement) for the entire term of this Agreement and for the entire term of any extensions to this Agreement hereunder.

       b)    EGE warrants, assures and covenants that EGE will instruct any and all High Yield Program payer to disburse into the EGE Trustee/Paymaster account on a monthly basis any and all gross revenues that are generated and earned from any Monetary High Program and/or any other transaction for the term of this Agreement and any extension(s) of this Agreement.

       c)    EGE and CILLC warrant assure and covenant that any and all Paymaster/Trustee fees that will be paid to the Paymaster/Trustee hereunder will be a minimum of one ("1") percent and/or no more than a maximum of Two ("2") percent prior to the Paymaster/Trustee disbursing to EGE and CILLC'S each of their monetary percentages that are specified in this section (section"9") and in section "8" hereunder from the transactions payments completed pursuant to this Agreement.

       d)    EGE and CILLC warrant assure and covenant that EGE and CILLC will each pay individually for their own attorney's fees for preparing any agreements for any transaction pursuant to this Agreement.

       e)    EGE and CILLC represent, warrant, assure, declare, confirm and covenant that after the Trustee/Paymaster, attorney, fees are paid EGE and CILLC will have the exclusive right to be paid and disbursed any and all of their transaction proceeds directly from the Paymaster/Trustee in the following way:

       (i)    EGE has the sole exclusive and absolute right to irrevocably be paid NINETY (90%) percent of any and all gross revenues from any and all High Yield Programs or any other transaction that will take place hereunder after the Paymaster/Trustee and Attorneys fees that are specified in paragraph "C" and "D" of this section (section "9") have been deducted.

       (ii)    EGE has the sole exclusive and absolute right to irrevocably be paid TEN (10%) percent of any and all gross revenues from any and all High Yield Programs or any other transaction that will take place hereunder after the Paymaster/Trustee and Attorneys fees that are specified in paragraph "C" and "D" of this section (section "9") have been deducted.

       (iii)    EGE and CILLC warrant assure and covenant that the Trustee/Paymaster that will be solely used to disburse any and all payments to EGE and CILLC will be the Paymaster/Trustee that is specified in paragraph "A" of this section (section "9") hereunder.

       g)    EGE and CILLC represent, warrant, assure, declare, confirm and covenant that EGE and CILLC are irrevocably obligated to provide any and all, Paymasters/Trustee, Banks, Financial Institutions and/or other payers closing and disbursement instructions consistent with the provisions set forth in this section (Section "9").

       g)    EGE and CILLC warrant assure and covenant that each Party is obligated to fully execute and sign any and all documents and/or instruments necessary or desirable to effectuate the rights that each Party has granted to each other to execute their rights the fullest effect possible and the obligations specified in this section (Section "9").

# EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT
## TRANSACTION CODE: EGE-CILLC-201703

Initials EGE: M.M.                  Initials CILLC   BP

*{This page is specifically for the signatures and initials of MICHAEL P. MICHAEL of EMPEROR GLOBAL ENTERPRISES LLP and  BRENDA SMITH of CLEARVIEW INVESTMENTS LLC. who are all specified throughout this Paymaster/Trustee  Agreement hereunder}.*

## THIS EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT IS EXECUTED IN DUPLICATE

I, MICHAEL P. MICHAEL have read and accepted the terms and conditions of this entire Paymaster/Trustee Agreement as of this date: April 20, 2017.

For and on behalf of **EMPEROR GLOBAL ENTERPRISES LLP**

***Signature*** _____          *COMPANY STAMP*
**By: Michael P. Michael (Signature to be only in blue ink)**

**Date:** _____April 20, 2017_____

**Title:** _____Chief Executive Officer_____

**Printed Name:** ____Michael P. Michael_____

I, BRENDA SMITH have read and accepted the terms and conditions of this entire Paymaster/Trustee Agreement as of this date: April 20, 2017.

For and on behalf of **CLEARVIEW INVESTMENTS LLC.**

***Signature*** _____          *COMPANY STAMP*
**By: Brenda Smith(Signature to be only in blue ink)**

**Date:** _____April 20, 2017_____

**Title:** _____Managing Member_____

**Printed Name:** Brenda Smith_____

*{Remainder of page intentionally left blank}*

## EXHIBIT "A"(CONTINUED)

## EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT

Initials EGE: M.M.

Initials CILLC

# TRANSACTION CODE: EGE-CILLC-201703

## PAYMASTER/TRUSTEE COORDINATES AND REQUIREMENTS:

### PAYMASTER/TRUSTEE CIS FOR PAYMENT OF

### MONETARY HIGH YIELD PROGRAM PROCEEDS TO BE DEPOSITED

The following outlines the Emperor Global Enterprises LLP Paymaster information requirements for the Exclusive Paymaster/Trustee Agreement for the Monetary High Yield proceeds to be paid into and any other transactions that will take place hereunder. Further, in the Account box below the aforementioned Paymaster/Trustee will provide its bank account details for any and all payments in $/USD, €/EURO or £/Sterling Pounds as required.

| | |
|---|---|
| PAYMASTER | |
| AMOUNT TO BE PAID | |
| REPRESENTED BY | |
| TITLE | |
| CONTACT INFORMATION | |
| PASSPORT NUMBER | |
| ISSUE DATE | |
| EXPIRY DATE | |
| NATIONALITY | |
| SIGN / SEAL / DATE | |
| BANK NAME | |
| BANK ADDRESS | |
| ACCOUNT NO. | |
| ACCOUNT NAME | |
| SWIFT INSTRUCTION RE USD | |
| SWIFT INSTRUCTION RE EUR | |
| BANK OFFICER | |
| BENEFICIARY GROUP | |
| BANK TELEPHONE /FAX | |
| SPECIAL WIRE INSTRUCTIONS | |
| REQUIRED MESSAGE | |

## END OF EXHIBIT "A" PAYMASTER/TRUSTEE EXCLUSIVE AGREEMENT

*{Remainder of page intentionally left blank}*

# EXHIBIT "B"

# EXCLUSIVE PAYMASTER/TRUSTEE AGREEMENT

Initials EGE:     Initials CILLC 

Proprietary and Confidential Joint Venture Agreement                   - 29 -

## TRANSACTION CODE: EGE-CILLC-201703

### BANKING COORDINATES EMPEROR GLOBAL ENTERPRISES, LLP:

| | |
|---|---|
| **BANK NAME** | |
| **STREET ADDRESS** | |
| **City** | |
| **STATE/ PROVINCE** | |
| **COUNTRY** | |
| **POSTAL CODE** | |
| **ACCOUNT NAME** | |
| **ACCOUNT NUMBER** | |
| **SORT CODE** | |
| **SWIFT CODE** | |
| **BANK OFFICERS NAME** | |
| **BANK OFFICERS TELEPHONE (DIRECT)** | |
| **BANK TELEPHONE** | |
| **BANK FAX TELEPHONE** | |
| **BANK OFFICERS E-MAIL** | |

*{Remainder of page intentionally left blank}*

# EXHIBIT "C"

# EXCLUSIVE JOINT VENTURE AGREEMENT

Initials EGE: M.M.                                 Initials CILLC 

Proprietary and Confidential Joint Venture Agreement                   - 30 -

## TRANSACTION CODE: EGE-CILLC-201703

### BANKING COORDINATES FOR CLEARVIEW INVESTMENTS LLC:

| | |
|---|---|
| BANK NAME | |
| STREET ADDRESS | |
| City | |
| STATE/ PROVINCE | |
| COUNTRY | |
| POSTAL CODE | |
| ACCOUNT NAME | |
| ACCOUNT NUMBER | |
| SORT CODE | |
| SWIFT CODE | |
| BANK OFFICERS NAME | |
| BANK OFFICERS TELEPHONE (DIRECT) | |
| BANK TELEPHONE | |
| BANK FAX TELEPHONE | |
| BANK OFFICERS E-MAIL | |

*{Remainder of page intentionally left blank}*

# EXHIBIT "D"

# EXCLUSIVE JOINT VENTURE AGREEMENT

Initials EGE:    Initials CILLC 

Proprietary and Confidential Joint Venture Agreement                    - 31 -

## TRANSACTION CODE: EGE-CILLC-201703

### <u>CLEARVIEW INVESTMENTS LLC</u> '
### <u>READY, WILLING AND ABLE LETTER(S)</u>



# <u>EXHIBIT "E"</u>

## <u>EXCLUSIVE JOINT VENTURE AGREEMENT</u>
### TRANSACTION CODE: EGE-CILLC-201703

Initials EGE: M.M.                                    Initials CILLC

## CLEARVIEW INVESTMENT LLC INVESTMENT AGREEMENT(S) FOR PROJECTS



# EXHIBIT "F"

# EXCLUSIVE JOINT VENTURE AGREEMENT

Initials EGE: M.M.

Initials CILLC

Proprietary and Confidential Joint Venture Agreement                - 33 -

## TRANSACTION CODE: EGE-CILLC-201703

### <u>CLEARVIEW INVESTMENTS LLC '</u>
### <u>DEVELOPMENT PROJECTS</u>

